FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'14 – CV – 03447**

(To be supplied by the court)

Bernard Kenneth Myers                                     , Plaintiff,

v.

Eldon Lowell Myers Jr, executor and personal
representive of Eldon Lowell Myers Sr.            ,

Dorwin Dwayne Hummel, executor and personal
representive of Sally A. Myers                    ,

Alice Jane Garland, ih her individual and official
capacities                                        ,

Elizabeth Markham, in her individual and official
capacities,                                       ,

Deborah Lawrence, in her individual and official
capacities                                        ,

Dee Ann Beaman, in her individual and official capacities,

Dana D. Woodhams, in her individual and official
capacities,                                       

Steven francis, attorney at law,                  ,

Ryan Clement, attorney at law,                    ,

Paul Gordon, attorney at law,                     , Defendant(s).

Steve McWhirter, attorney at law.                 

(List each named defendant on a separate line.)

(Rev. 07/06)

## COMPLAINT

Comes now plantiff, Bernard Kenneth Myers, plantiff and prose to bring forth this civil action

Against the afore mentioned defendants for the theft of my late father's assets and property by

The use of forged instruments, perpetrated by the late Sally A. Myers and aided by the other

Afore mentioned defendants in various different ways. Upon my father's death, all of his

Monetary assets, proceeds from life insurance policies, rent from the house, located at

635 w. 2nd st. in Loveland Colorado, were to be kept in trust in the IBM credit union

Located in Longmont Colorado. My late father's half of the house and acreage located at

3333 w. co. rd. 4 in Berthoud Colorado was to be either sold giving one half to Dorwin

Dwayne Hummel and the other half to myself and defendant Eldon Lowell Myers Jr.

Or Mr. Hummel could buy both Eldon Jr and myself out after the death of Sally a. Myers

Who passed on Jan 1, 2008. After Sally A. Myers death I attempted to contact Eldon Jr

To no avail. It wasn't until Feb 29, 2008 that I finally retained a copy of Sally's will and

Discovered a quit claim deed attached with my father's signature forged. My father stayed

At the residence at 3333 w. co. rd. 4 in Berthoud Colorado to protect his half interest as he

And Sally A. Myers were divorced in 1998 and he did not trust Sally nor, as my father

Called Sally's co-workers from the Loveland police dept, her lap dogs and cronies, those

Being defendants Garland, Markham, Lawrence, Beaman and Woodhams. My brother,

Defendant Eldon Lowell Myers Jr., was very well aware of this. After seeing the forged

Quit claim I immediately retained council. The first of three lawfirms was Steven Francis.

Over a year and a half Mr. Francis only displayed 2 documents to me both of which were

(Rev. 07/06)

Also forgeries. The first was a separation agreement and the other was a copy of my late

Aunt Bessie Myers' will leaving the property located at 635 w. 2nd st. in Loveland Colorado

To Sally A. Myers and was also witnessed and notorized by the same defendants mentioned

In this suit. I explained to Mr. Francis that my father and Sally were divorced in 1998 to

Which Mr. Francis replied there was no record of that and that it appeared that my father and

Sally had initated divorce preceedings by filing a separation agreement but going no farther

And since they were still married and Sally had not mentioned my brother and I in her will

Then we were entitled to nothing. Mr. Francis had contacted Eldon Jr. to get his take on the

Matters to which Eldon Jr played dumb and told Mr. Francis it was not a real divorce but a

Way to keep from having to pay the government any money should our father have to go into a

Nursing home. Our father died at his residence thinking that Eldon Jr. was there to protect

His and our interest.

This lawsuit is NOT about probate issues, plantiff's exhibits 1,2 and 3 clearly show from

The Larimer county clerks office that NO probate ever took place on my father's estate. This

Lawsuit is about the theft of my fathers assets by way of forged instruments. Even the Larimer

County District Attorney's chief investigator, Elliott Phelps said as a matter of fact that it

Would be a slam dunk for the crime of forgery, yet no investigation was ever conducted by

The Larimer County D.A.'s office nor was an investigation done by the Colorado Bureau of

Investigation's chief public corruption investigator agent Frank Gagliardi as was plantiff was

Led to believe. Mr. Steve Francis deliberately withheld several forged documents from me

Which included a new affidavit for dissoloution of marriage, 2 non appearance affidavits and a

Final divorce decree. All of these documents were forged by Sally A. Myers and notorized by

(Rev. 07/06)

Alice Jane Garland, friend and co-worker from the Loveland police dept of Sally A. Myers. There is NO WAY that Eldon Lowell Myers Jr. did not know about these forgeries that Sally A. Myers had committed.

Defendant Eldon Lowell Myers Jr. did knowingly and intentionally allow Sally A. Myers To forge our father's signature on several documents giving her all of our fathers property and assets and also allowded Sally to create a new divorce for her and our father knowing full well that I had a vested interest in our late father's estate.

Defendant Dorwin Dwayne Hummel was the executor and personal represetive of the estate Of Sally A. Myers and illegally inherited all of my fathers estate and even presented a known Forged instrument to this federal court, a forged copy of a will that he claimed was my fathers Will as he used it to show he had no fiduciary duty to me.

Defendant Alice Jane Garland used her position as a notary with the Loveland police dept. to notorize these documents for Sally A. Myers without having my father in her physical presence
as well as witnessing several other documents again without my father being present to defend these outrages.

Defendant Elizabeth Markham used her position as a notary with the city of Loveland colorado (the city of Loveland is not a named party to this suit) to notorize and witness instruments that Were forged and without having my father, Eldon Lowell Myers Sr., in her physical presence

(Rev. 07/06)

That he may have a chance to defend these outrages.

Defendant Deborah Lawrence used her position as a notary with the Loveland police dept. to Notorize a forged quit claim deed for Sally A. Myers without having my father, Eldon Lowell Myers Sr., in her physical presence to challenge and defend against this outrage.

Defendant Dee Ann Beaman used her position as a notary with the city of Loveland Colorado To notorize a forged will, reportedly of Eldon Lowell Myers Sr., giving Sally A. Myers and her Son, defendant Dorwin Dwayne Hummel all of my fathers assets, without having my father in Her presence to challenge and defend this outrage.

Defendant Dana D. Woodhams, also with the city of Loveland(who is not a named party to This lawsuit) did knowingly and intentionally witness a forged instrument, without having the Signator in her physical presence where they may challenge and defend this outrage.

Defendant Steven Francis, did knowingly and intentionally withhold several forged instruments From me and wasted a year and a half of time to run my statute time out all the while pretending That he was continuing to look for further evidence of wrong doing all the while knowing these Forgeries were there which I had to obtain for myself at a later date no thanks to him.

Defendant Ryan Clement did knowingly and intentionally deceive me into thinking he worked For a large firm and had me sign a contract of contingency and also charged me a retainer fee

(Rev. 07/06)

Which he said he needed for records searches and filing fees. I spent almost three months trying To get in touch with Mr. Clement only to have him finally email me to tell me that the firm he Worked for was going out of business all the while knowing that he informed me that he would Do a records search, in which case he would have discovered the other forged documents, and Contact Mr. Francis and Eldon Jr. after that I never heard back from Mr. Clement until he told Me they were going out of business.

Defendants Paul Gordon and Steve McWhirter of the Paul Gordon lawfirm agreed to look into My case and do a complete leave no stone unturned investigation. For 6 months these attorneys Did their best to give me the run around deliberately withhold the existence of the forged Documents from me that they would have found in their "leave no stone unturned investigation" And to waste 6 more months of my statute time.

## PARTIES

1. Plaintiff  Bernard Kenneth Myers  is a citizen of  Texas
   who presently resides at the following address:
   603 E. 17th st  Big spring Texas 79720

2. Defendant  Eldon Lowell Myers Jr.  is a citizen of  Alabama
   who live(s) at or is/are located at the following address:
   15 Springwood Ct. Phenix city, Alabama. 36870 or 1911 tranquill ln. Phenix city Alabama. 36867

3. Defendant  Dorwin Dwayne Hummel  is a citizen of  Colorado
   who live(s) at or is/are located at the following address:
   3339 co. rd. 4 w. Berthoud Co. 80513.

Defendant Alice Jane Garland is a citizen of Colorado and resides at 1852 Albany ave. Loveland Co. 80538.

Defendant Elizabeth Markham is a citizen of Colorado. Defendants address is unknown but can be reached at her place of employment the city of Loveland Colorado.

Defendant Deborah Lawrence is a resident of Colorado who resided at 1419 effie ct. Loveland Colorado. 80537

Defendant Dee Ann Beaman is a resident of Colorado. Address unknown but can be reached at her place of employment, the city of Loveland Colorado.

Defendant Dana Woodhams is a citizen of Colorado, address unknown but can be reached at her place of employment the city of Loveland Colorado.

Defendant Steven Francis is a citizen of Colorado who's business address is 227 south howes street. Ft. Collins Colorado. 80521

Defendants Paul Gordon and Steve McWhirter are both residents of Colorado whose business address is 5500 east yale ave. Denver Colorado 80222

Defendant Ryan Clement. Is unknown of residence.

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities: 28 usc 1332 as plantiff is a resident of texas.

_____
_____
_____

5. Briefly state the background of your case: Plantiff Bernard Kenneth Myers is bringing

This civil action against the named defendants for allowing and aiding Sally A. Myers to pass

Known forged instruments for her personal gain by stealing all of the assets of the late Eldon

Lowell Myers Sr.

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

Plantiff respectfully request that the court grant him the total damages, be they actual, punitive or

Whatever the court deems just and proper for the theft of plantiff's late fathers estate which

Included real property, a savings and checking account at the IBM credit union which included

A buyout from IBM, 2 life policies valued at 550,000.00 dollars, and my fathers 401k. and also

For the extreme grief and hardships the defendants put me through, all to be decided by the trier

Of fact.

## REQUEST FOR RELIEF

Plaintiff requests the following relief: All of the afor mentioned assets be they monetary or real property and any further relief the trier of fact deems just and proper.

Date: 12-18-2014

(Plaintiff's Original Signature)

603 e. 17th st
(Street Address)

Big spring, TX. 79720
(City, State, ZIP)

432-935-6425
(Telephone Number)

12

(Rev. 07/06)