# REQUEST FOR RECORDS SEARCH

## Larimer Combined Court

C.R.S. 24-72-303 REQUIRES THAT THE CLERK'S OFFICE MAKE AVAILABLE FOR INSPECTION ANY RECORD WITHIN THE CONTROL OF THE CLERK WITHIN 3 DAYS OF REQUEST. THE CLERK OF COURT CAN DENY ACCESS TO COURT FILES OR PORTIONS OF A COURT FILE BY AUTHORITY GRANTED IN THE COLORADO STATE STATUES, COLORADO RULES, SUPREME COURT RULES, CHIEF JUSTICE DIRECTIVES AND LOCAL ADMINISTRATION ORDERS AND DIRECTIVES.

### $ FEES $

$ 5.00 per name request on current system or to initiate search

$ 0.75 per page for copies - C.R.S. 13-32-104(1)(a)

$25.00  per hour requested for records that must be retrieved from microfilm

or card index or involves extensive research

$ 20.00   per certified or exemplified copy

VARIES postage – 1st class

*Try dif Serent County*

**Name to be searched:** Myers, Eldon lowell JR   Date: 12-21-10

AKA: _____   DOB: 2-2-64

**Type of record to be searched:**

☑ Civil ☐ Divorce ☐ Felony ☐ Misdemeanor ☑ Probate

☐ Small Claims ☐ Traffic ☐ Fines & Costs ☐ All

J. SHERLYN K. SAMPSON, Clerk of the Larimer County Combined Courts, certify This request has been successfully completed This 23 day of Dec , 2010. By: _____ (Deputy Clerk)
☒ NO RECORD FOUND (Seal)
☐ Record Attached
☐ Record Verified

**Case Number &/or Additional Search Info:** _____

**Requester:** Bernie Myers **Search Date:** From 2000 To 2005

**INFORMATION/COPIES REQUESTED:**

☐ List of Case Numbers   ☐ Case Disposition (copies $.75 per page)

☑ Computer Printout of Case (ROA)(copies $.75 per page) ☐ Pull Files for Review

☐ Other (Specify)_____   ☐ Certified ($20.00)

*EXHIBIT 1*

☐ Decree of Dissolution ☐ Separation Agreement

PAGE 04/05                    KWIKKASH1                    4322672485    12/21/2010  14:35

COMBINED COURT, LARIMER COUNTY, COLORADO
LARIMER COUNTY JUSTICE CENTER
201 LA PORTE AVENUE SUITE 100
FORT COLLINS  CO 80521-2761
Phone:  970-498-6100

**NAME OF PERSON SEARCHED :**

**MYERS, ELDON LOWELL SR.**

**DATE OF BIRTH:**

01-10-37

SEARCH DATES:    1979   TO 2005

**TYPE OF RECORDS SEARCHED:**

☐ Criminal      ☐ Civil

☒ Probate/Wills   ☐ Divorce

☐ Name Change   ☐ *ALL*

☐ Other:

CLERK'S CERTIFICATE OF NO RECORD(S) FOUND

I, SHERLYN K. SAMPSON, CLERK OF COMBINED COURTS,  HEREBY CERTIFY
THAT THERE WERE NO RECORDS FOUND FOR THE ABOVE NAMED INDIVIDUAL
FOR THE DATE PERIOD AND RECORD TYPE INDICATED ABOVE.

DATED THIS _____7_____ DAY OF ____Jan____, 20_11_.

SHERLYN K. SAMPSON
CLERK OF COMBINED COURTS

By:_____
Deputy Clerk

SEAL  LARIMER COUNTY

_  *EXHIBIT*  _
*2*

| COMBINED COURT, LARIMER COUNTY, COLORADO<br>LARIMER COUNTY JUSTICE CENTER<br>201 LA PORTE AVENUE SUITE 100<br>FORT COLLINS  CO 80521-2761<br>Phone:  970-498-6100 | |
|---|---|
| **NAME OF PERSON SEARCHED :**<br><br>**MYERS, ELDON LOWELL**<br><br>**DATE OF BIRTH:**<br><br>01-03-37<br><br>SEARCH DATES:    1979    TO 2005 | **TYPE OF RECORDS SEARCHED:**<br>☐ Criminal       ☐ Civil<br><br>☒ Probate/Wills    ☐ Divorce<br><br>☐ Name Change   ☐ *ALL*<br><br>☐ Other: |
| CLERK'S CERTIFICATE OF NO RECORD(S) FOUND | |

I, SHERLYN K. SAMPSON, CLERK OF COMBINED COURTS,  HEREBY CERTIFY THAT THERE WERE NO RECORDS FOUND FOR THE ABOVE NAMED INDIVIDUAL FOR THE DATE PERIOD AND RECORD TYPE INDICATED ABOVE.

DATED THIS _23_ DAY OF _Dec._ , 20_10_.


SHERLYN K. SAMPSON
CLERK OF COMBINED COURTS


By:_____
      Deputy Clerk

*EXHIBIT 3*

# Recorded Documents - Document Detail

This is not official information. All official information is recorded in the County Clerk & Recorder's Office.

## Document Detail

| | |
|---|---|
| **Reception Number:** | 463894   **UCC Indicator:** |
| **Book and Page:** | B2174P1044 |
| **Instrument Type:** | WD |
| **Recording Fee:** | $3.00 |
| **Documentary Fee:** | $2.00 |
| **Recording Date:** | 07-06-1982 |

## Grantor(s) / Grantee(s)

| GRANTOR | **Name:** WILSON EDITH ALLIE |
|---|---|
| GRANTEE | **Name:** MYERS SALLY A/ELDON L SR/32-4-69 PT |

## Legal Description

MYERS SALLY A/ELDON L SR/32-4-69 PT

For questions about this information contact the Clerk's office at (970) 498-7860.

◀ Back to Search Results    ▲ Back to Documents Search

200 W. Oak Street • Fort Collins, CO 80521 • 970-495-7000    © 1995-2008, Larimer County



EXHIBIT

*EXHIBIT 4*

# LAST WILL AND TESTAMENT OF

# ELDON L. MYERS, SR.

I **ELDON L. MYERS, SR.**, a resident of Berthoud, Larimer County, Colorado, do hereby declare this to be my Last Will and Testament and hereby revoke any and all Wills and Codicils previously made by me.

## ARTICLE I

I direct that all my just debts and funeral expenses and all taxes that may be assessed as a consequence of my death shall be paid from my estate as part of the expense of the administration of my estate as soon as practicable after my decease.

## ARTICLE II

I give, direct and bequeath all my estate, real, personal and mixed and all automobiles owned by me, together with any insurance policies and claims under such policies which I may be entitled to at the time of my death, to my wife, **SALLY A. MYERS.**

## ARTICLE III

In the event my wife, **SALLY A MYERS** predecease me, or should we die as a result of a common disaster, and it is not possible to tell which person died first, or should my wife not survive me by thirty (30) days, my estate is to be dispensed as follows:

- My rights to the following described real property located at 3333 West County Road 4, Berthoud, Larimer County, Colorado, 80513, to include the residence and all current furnishings, I devise and bequeath to my step-son DORWIN DWAYNE HUMMEL

> "A tract of land located in the Northwest Quarter of the Northeast Quarter of Section 32, Township 4 North, Range 69 West of the 6th P.M., Larimer County, Colorado, more particularly described as follows: Beginning at the Northeast corner of Section 32; thence S 89° 20' west 1326.0 feet to the true point of beginning; thence S 89° 20' W 331.5 feet; thence S 00° 33' W. parallel to the West line of the NE 1/4 of said Section 32 a distance of 660.02 feet; thence N 89° 20' E Parallel to the North line of the said NE 1/4 a distance of 330.54 feet; thence N 00° 38' E parallel to the West line of the NE 1/4 of said Section 32 a distance of 660.0 feet to the true point of beginning."



EXHIBIT
*EXHIBIT*
*5*

- All the rest, residue and remainder of my estate, real, personal or mixed, to which I may be entitled at the time of my death, to include my life insurance policy with IBM Group Universal Life, Certificate #0225402 in the amount of $50,000 I give, devise and bequeath to my Son, **ELDON L. MYERS, JR.**

# ARTICLE IV

I appoint my wife, **SALLY A. MYERS**, as my personal representative to serve without bond. If she shall fail or refuse, or be unable to service for any reason, I appoint my son, **ELDON L. MYERS, JR.**, the executor of my Will.

# ARTICLE V

I direct that no fiduciary of this my Last Will and Testament shall be required to post any bond for the faithful performance of their duties in this or any other jurisdiction.

I, **ELDON L. MYERS, SR.**, sign my name to this instrument consisting of two (2) *(3)* pages including this page on _January 15_, 20_01_, and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my last Will and that I sign it willingly, that I execute it as my free and voluntary act for the purposes therein expressed, and that I am eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Eldon L. Myers Sr._

**ELDON L. MYERS, SR., Testarix**

We _Alice Jane Garland_ and _Elizabeth Markham_, the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that ELDON L. MYERS, SR. signs and executes this instrument as his last Will and that he signs it willingly and that he executes it as his free and voluntary act for the purposes therein expressed, and that each of us, in the conscious presence of **ELDON L. MYERS, SR.** hereby sign this Will as witness to his signing, and that to the best of our knowledge **ELDON L. MYERS, SR.** is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Alice Jane Garland_
Witness

_Elizabeth Markham_
Witness

STATE OF COLORADO )
                            ) SS.
COUNTY OF LARIMER )

       Subscribed and sworn to, and acknowledged before me by **ELDON L. MYERS, SR.,** and subscribed and sworn to before me by <u>Alice Jane Garland</u>and <u>Elizabeth Markham</u> witnesses, on <u>    January 15    </u>, 20<u>_02_</u>. Witness my hand and official seal.

My commission expires <u> _022102_ </u>

                                         _____
                                         Notary Public

(SEAL)

RCPTN # 2002005882   01/16/2002   12:05:00 # PAGES = 2   Trans $10.00
M RODENBERGER RECORDER, LARIMER COUNTY CO   STATE DOC FEE =   $.00

## QUIT-CLAIM DEED

STATE DOCUMENTARY FEE
EXEMPT

NO REAL PROPERTY DECLARATION RECEIVED BY COUNTY CLERKS OFFICE

**THIS INDENTURE**, made this _16th_ day of _January_, 20 _02_, by and between ___ELDON L. MYERS, SR.___ of the County of Larimer and state of Colorado, hereinafter referred to as the party of the first part and ___SALLY A. MYERS___ of the County of Larimer and state of Colorado, hereinafter referred to as the party of the second part, whose legal address is ___3333 West County Road 4, A.K.A. 3333 Wagon Wheel Road, Berthoud, CO 80513___

**WITNESSETH**, that the said party of the first part, for and in consideration of One Dollar ($1.00) in hand paid by the said party of the second part, and for other good and valuable consideration, the receipt whereof is hereby acknowledged, has remised, released and quit-claimed and by these presents does remise, release and quit-claim unto the said party of the second part, and its heirs and assigns, forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described lot, piece or parcel of land to wit:

> "A tract of land located in the Northwest Quarter of the Northeast Quarter of Section 32, Township 4 North, Range 69 West of the 6th P.M., Larimer County, Colorado, more particularly described as follows: Beginning at the Northeast corner of Section 32; thence S 89° 20' west 1326.0 feet to the true point of beginning; thence S 89° 20' W 331.5 feet; thence S 00° 33' W. parallel to the West line of the NE 1/4 of said Section 32 a distance of 660.02 feet; thence N 89° 20' E Parallel to the North line of the said NE 1/4 a distance of 330.54 feet; thence N 00° 38' E parallel to the West line of the NE 1/4 of said Section 32 a distance of 660.0 feet to the true point of beginning,"

also known as: 3333 West County Road 4 - A.K.A. 3333 Wagon Wheel Road, Berthoud, CO 80513.

**TO HAVE AND TO HOLD THE SAME**, together with all and singular, the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest and claim, whatsoever of the said party of the first part, either in law or equity, to the only proper use, benefit and belief of the said party of the second part its heirs and assigns, forever.

Page 1 of 2
Quit Claim Deed Eldon L. Myers, Sr.
3333 West County Road 4, Berthoud, CO

**EXHIBIT**

**6**

IN WITNESS WHEREOF, the said party of the first part has hereunto set its hand and seal the day and year first above written.

*Eldon L. Myers Sr.*

ELDON L. MYERS, SR

STATE OF COLORADO)

               SS.

COUNTY OF LARIMER)

THE FOREGOING INSTRUMENT was acknowledged before me this _16th_ day of

_January_____, 20_02_ by ___ELDON L. MYERS, SR.___

*Deborah Lawrence*

Notary Public

My Commission Expires___C8/10/04_____



☒ **District Court**
**Larimer** _____ County, Colorado

Court Address:
*Lar La Porte ave. Fort Collins, Co -80521-2761*

In Re the Marriage of:
Petitioner:

    ELDON L. MYERS, SR.

~~Respondent/Co-Petitioner:~~
    SALLY A. MYERS

Attorney or Party Without Attorney (Name and Address):
    Eldon L. Myers, Sr.
    3333 West County Road 4 Apt E
    Berthoud, CO  80513
Phone Number:  (970) 532-2561  E-mail:
FAX Number:             Atty. Reg.#:

~~FILED IN COMBINED COURT~~
~~LARIMER COUNTY CO 80521~~

2002 JAN 16  PM 12: 28

▲    **COURT USE ONLY**    ▲

Case Number: 02DR72

Division            Courtroom

**PETITION FOR:**  ☒ **DISSOLUTION OF MARRIAGE**    ☐ **LEGAL SEPARATION**    ☐ **WITH CHILD(REN)**

1. This Petition is for ☒ Dissolution of Marriage OR ☐ Legal Separation.

2. The Marriage is irretrievably broken.

3. Information about the Wife:            Check if in Military ☐

    Date of Birth: 09/19/1936      Wife's Soc. Sec. No. (if there is/are child(ren)): _____
    Current Address: 3333 West County Road 4 Apt N
    City & Zip:     Berthoud, CO  80513
    Length of Residence in Colorado:   65 Years

4. Information about the Husband:            Check if in Military ☐

    Date of Birth: 01/10/1937      Husband's Soc. Sec. No. (if there is child(ren)): _____
    Current Address: 3333 West County Road 4, Apt E
    City & Zip:     Berthoud, CO 80513
    Length of Residence in Colorado:   40 Years

5.     Date of the Marriage: March 17, 1979

6.     Date the parties separated:  08/01/01

7.     The Wife is  ☐ pregnant  ☒ not pregnant.

8.     The following child(ren) was/were born or adopted of this marriage (attach a second sheet, if necessary):

| Name | Present Address | Sex | Date of Birth | Soc. Sec. No. |
|---|---|---|---|---|
| N/A | | | | |

*EXHIBIT 7*

**PAID**
Amt. $ 99.00
Date 1/16/02

9. I have participated in the following proceeding about the child(ren) as a party or a witness, or in any other capacity concerning the custody/allocation of decision-making of or visitation or parenting time with the child(ren) (court, case number, state, date of child-custody determination, if any):

N/A

10. The following proceeding for enforcement, proceedings relating to domestic violence or domestic abuse, protective orders or restraining orders, termination of parental rights, and adoptions could affect the current proceeding (court, case number, state, nature of proceeding):

N/A

11. The following people are not parties in this matter, but have physical custody of the child(ren) or claim rights of parental responsibilities or legal custody or physical custody of, or visitation or parenting time with the child(ren) (names and addresses of those persons):

N/A

12. Each party has a continuing duty to inform the court of any proceeding in this or any other state that could affect the current proceeding.

13. a. The child(ren) has/have lived at the following address(es) over the past five (5) years:

N/A

   b. The name(s) and present address(es) of the person/people with whom the child(ren) has/have lived over the past five (5) years are:

N/A

14. REQUIRED NOTICE OF HUMAN SERVICES INVOLVEMENT

Check ☒ No   ☐ Yes  to the following statement:

The parents or dependent child(ren) listed on this Petition has/have received within the last five years, or is/are currently receiving benefits or public assistance from the state Department of Human Services or the county Department of Social Services.

If you checked yes, answer the following:

Name of Person Receiving Benefit            Name of County or State            Case No.

JDF 1101   R7/00   PETITION FOR DISSOLUTION OF MARRIAGE OR LEGAL SEPARATION AND AFFIDAVIT AS TO CHILD(REN)
(PAGE 2 OF 4)

COL 0071

15. REQUIRED NOTICE OF PRIOR RESTRAINING ORDERS.

Have any Temporary or Permanent Restraining Orders to prevent domestic abuse or any Criminal Restraining Orders or Emergency Protection Orders been issued against either party?

☒ No    ☐ Yes

If your answer was yes, complete the following:

The Restraining Order was ☐ Temporary ☐ Permanent and issued against _____

_____ In the County of _____ State of _____

_____ In case number _____.

What was the subject matter of the Restraining Order or Emergency Protection Order:

N/A

If you have already come to an agreement about the child(ren), or about support, please list that information here:

N/A

16. I/We ask that the Court enter orders regarding the ☒ status of the marriage, ☐ best interests of the child(ren), ☐ orders for maintenance ☐ orders for child support, ☐ division of property and debts, ☐ attorney fees and costs, if appropriate, ☐ restoration of the previous name of a party, ☐ and any other necessary orders.

NOTICE:  Colorado Revised Statutes §14-10-107, provides that upon the filing of a Petition for Dissolution of Marriage or Legal Separation by the petitioner or co-petitioner, an automatic temporary injunction shall be in effect against both parties until the final decree is entered or the Petition is dismissed, or until further Order of the Court.  Either party may apply to the court for further temporary orders, an expanded automatic temporary injunction, or modification or revocation under C.R.S. §14-10-108, or any other appropriate statute.

1.  Both parties are restrained from transferring, encumbering, concealing, or in any way disposing of, without the consent of the other party, or an Order of the Court, any marital property, except in the usual course of business or for the necessities of life and requiring each party to notify the other party of any proposed extraordinary expenditures and to account for all extraordinary expenditures made after the injunction is in effect; and

2.  Both parties are enjoined from molesting or disturbing the peace of the other party; and

3.  Both parties are restrained from removing the minor child(ren) of the parties, if any, from the state without the consent of the other party or an Order of the Court; and

4.  Both parties are restrained, without at least fourteen days advance notification and the written consent of the other party or an Order of the Court, from canceling, modifying, terminating, or allowing to lapse for nonpayment of premiums, any policy of health insurance, homeowner's or renter's insurance, or automobile insurance that provides coverage to either of the parties or the minor child(ren) or any policy of life insurance that names either of the parties or the minor child(ren) as a beneficiary.

JDF 1101   R7/00   PETITION FOR DISSOLUTION OF MARRIAGE OR LEGAL SEPARATION AND AFFIDAVIT AS TO CHILD(REN)
(PAGE 3 OF 4)

COL 0072

NOTHING IN THIS AUTOMATIC INJUNCTION SHALL PROHIBIT EITHER PARTY FROM APPLYING TO THE COURT FOR FURTHER ORDER, AN EXPANDED AUTOMATIC TEMPORARY INJUNCTION, OR ORDERS MODIFYING OR REVOKING THIS INJUNCTION.

PETITIONER, AND CO-PETITIONER, IF ANY, ACKNOWLEDGE THAT HE OR SHE HAS RECEIVED A COPY OF, HAS READ, AND UNDERSTANDS THE TERMS OF THE AUTOMATIC TEMPORARY INJUNCTION SET FORTH IN THIS PETITION AND THE SUMMONS.

### VERIFICATION AND ACKNOWLEDGEMENT

| | |
|---|---|
| _Sheldon L Myers Sr._ 1-16-02 | _Sally A Myers_ 1-16-02 |
| Petitioner Signature        Date | Co-Petitioner Signature        Date |
| | |
| Petitioner's Attorney Signature, if any | Co-Petitioner's Attorney Signature, if any |
| | |
| STATE OF COLORADO | STATE OF COLORADO |
| COUNTY OF _LARIMER_ | COUNTY OF _LARIMER_ |
| Subscribed and sworn to before me on (date): | Subscribed and sworn to before me on (date): |
| _January 16, 2002_ | _January 16, 2002_ |
| My commission expires: _06/09/05_ | My commission expires: _06/09/05_ |
| _Jane Garland_ | _Jane Garland_ |
| Notary Public | Notary Public |
| _1852 Albany Av._ | _1852 Albany Av._ |
| Notary's Address | Notary's Address |
| _Loveland CO 80538_ | _Loveland, CO 80538_ |
| Notary's City, State, Zip | Notary's City, State, Zip |
| [SEAL] | [SEAL] |

COL 0073

FILED COMBINED COURTS
LARIMER COUNTY COLORADO

2002 APR -8 PM 4: 19

JEE

| ☒ District Court | 2002 APR -8 PM 4:19 |
|---|---|
| Larimer _____ County, Colorado | |

Court Address:
*201 La Porte au. Fort Collins, Co -80521- 2761*

In Re:
Petitioner:      ELDON L. MYERS, SR.

v.

Respondent/Co-Petitioner:
               SALLY A. MYERS

▲   COURT USE ONLY   ▲

| Attorney or Party Without Attorney (Name and Address): | Case Number: |
|---|---|
| Eldon L. Myers, Sr. 3333 West County Road 4, Apt E Berthoud, CO 80513 | 02DR72 |
| Phone Number: (970) 532-2561    E-mail: FAX Number:            Atty. Reg. #: | Division      Courtroom  5D |

**AFFIDAVIT FOR DECREE WITHOUT APPEARANCE OF PARTIES**

The ☒ Petitioner ☒ Respondent/Co-Petitioner files this affidavit in support of a request for issuance of a Decree of Dissolution of Marriage without appearance of the parties.

1.   The Petition for Dissolution of Marriage was filed on _January 16, 2002_ (date).

     On that date, _Eldon L. Myers, Sr. and Sally A. Myers_ (name) had been domiciled in Colorado for more than ninety (90) days immediately before the petition was filed.

2.   The Petition and Summons were served by: (check one)

     ☒   A Co-Petitioner filing.

     ☐   Personal service on _____ (date).

     ☐   Waiver of service signed on _____ (date).

     ☐   Publication / Certified Mail. The publication date is _____.

3.   ☒ There are no minor child(ren), and wife is not pregnant.
        **OR**
     ☐ There are minor child(ren), and each party is represented by counsel and the parties have entered into a separation agreement that provides for the allocation of parental responsibilities, support and parental time of the child(ren) of the marriage.

4.   ☐ The parties have signed a written separation agreement. *(The separation agreement must be filed with the court.)* That agreement provides for the division of all marital property and marital debts, and addresses spousal support, child support and health insurance. If there are child(ren), the parenting plan is completed and provides for the allocation of parental responsibilities, decision-making and parenting time.
        **OR**
     ☒ There is no marital property to be divided and there are no marital debts.

5.   ☒ There are no genuine issues of material fact and the marriage is irretrievably broken.

6.   ☒ The parties agree that the attached separation agreement and parenting plan is fair and not unconscionable and ☐ that it is in the best interests of their child(ren).

*EXHIBIT 8*

—         —

7. ☐ The ☐ Petitioner ☐ Respondent/Co-Petitioner wishes to have the prior name of ___N/A___ restored. The restoration of the prior name will not defraud any creditors or injure third parties.

8. Other: _____

_____

_____

_____

The ☐ Petitioner ☒ Respondent/Co-Petitioner requests that the attached Decree of Dissolution of Marriage be entered after the statutory waiting period has elapsed.

| Petitioner: | Respondent ☒ Co-Petitioner (check one): |
|---|---|
| *Eldon L Myers Sr.* | *Sally a. myers* |
| Signature | Signature |
| 3333 West County Road 4, Apt E | 3333 West County Road 4, Apt N |
| Address | Address |
| Berthoud, CO  80513 | Berthoud, CO  80513 |
| City, State, Zip Code | City, State, Zip Code |
| (970) 532-2561 | (970) 635-2938 |
| (Area Code) Telephone Number      (home) | (Area Code) Telephone Number (home) |
|  | (970) 962-2212 |
| Area Code) Telephone Number      (work) | (Area Code) Telephone Number  (work) |

| Subscribed and affirmed, or sworn to before me | Subscribed and affirmed, or sworn to before me |
|---|---|
| In the County of ___Larimer___, | In the County of ___Larimer___, |
| State of ___Colorado___, this ___15th___ | State of ___Colorado___, this ___15th___ |
| day of ___March___, 20_02_. | day of ___March___, 20_02_. |
| My commission expires: _06/09/05_ | My commission expires: _06/09/05_ |
| *Jane Garland* | *Jane Garland* |
| Notary Public | Notary Public |

## IF ONLY ONE PARTY SIGNS THE AFFIDAVIT, COMPLETE A CERTIFICATE OF MAILING.
### CERTIFICATE OF SERVICE

I certify that on _____ (date) the original and one copy of this document were filed with the Court; and, a true and accurate copy of the *AFFIDAVIT FOR DECREE WITHOUT APPEARANCE OF PARTIES* was served on the other party by ☐ Hand Delivery OR ☐ Faxed to this number _____

OR ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

TO: _____

_____

_____

_____
(Your signature)

JDF 1201   R6/01   AFFIDAVIT FOR DECREE WITHOUT APPEARANCE OF PARTIES                    Page 2 of 2

☐ **District Court**

**Larimer** _____ County, Colorado

Court Address:
**200 La Porte Ave, Fort Collins, Co 80521-2761**

In Re:
Petitioner:     Eldon L. Myers, Sr.

v.

Respondent/Co-Petitioner:  Sally A. Myers

**⬛ COURT USED COURT**

**2002 APR 17  AM 11: 36**

(JEE)

▲   **COURT USE ONLY**   ▲

| Attorney or Party Without Attorney (Name and Address): | Case Number: |
|---|---|
| | **02DR72** |
| Phone Number:  532-2561    E-mail: | |
| FAX Number:           Atty. Reg. #: | Division      Courtroom  **5D** |

## AFFIDAVIT FOR DECREE WITHOUT APPEARANCE OF PARTIES

The ☐ Petitioner ☐ Respondent/Co-Petitioner files this affidavit in support of a request for issuance of a Decree of Dissolution of Marriage without appearance of the parties.

1.  The Petition for Dissolution of Marriage was filed on  __January 16, 2002_____ (date).

    On that date, __Eldon L. Myers, Sr. and Sally A. Myers_____ (name) had been domiciled in Colorado for more than ninety (90) days immediately before the petition was filed.

2.  The Petition and Summons were served by:  (check one)

    ⬛ A Co-Petitioner filing.

    ☐ Personal service on _____ (date).

    ☐ Waiver of service signed on _____ (date).

    ☐ Publication / Certified Mail.  The publication date is _____.

3.  ⬛ There are no minor child(ren), and wife is not pregnant.
       **OR**
    ☐ There are minor child(ren), and each party is represented by counsel and the parties have entered into a separation agreement that provides for the allocation of parental responsibilities, support and parental time of the child(ren) of the marriage.

4.  ☐ The parties have signed a written separation agreement. *(The separation agreement must be filed with the court.)* That agreement provides for the division of all marital property and marital debts, and addresses spousal support, child support and health insurance. If there are child(ren), the parenting plan is completed and provides for the allocation of parental responsibilities, decision-making and parenting time.
       **OR**
    ⬛ There is no marital property to be divided and there are no marital debts.

5.  ⬛ There are no genuine issues of material fact and the marriage is irretrievably broken.

6.  ⬛ The parties agree that the attached separation agreement and parenting plan is fair and not unconscionable and ☐ that it is in the best interests of their child(ren).

*EXHIBIT 9*

—                    —

7.   ☐ The ☐ Petitioner ☐ Respondent/Co-Petitioner wishes to have the prior name of _N/A_ restored. The restoration of the prior name will not defraud any creditors or injure third parties.

8.   Other:

_____

_____

_____

The ☐ Petitioner ☒ Respondent/Co-Petitioner requests that the attached Decree of Dissolution of Marriage be entered after the statutory waiting period has elapsed.

Petitioner:

_Eldon L Myers Sr._

**Signature**

3333 West County Road 4,

**Address**

Berthoud, CO 80513

**City, State, Zip Code**

(970) 532-2561

**(Area Code) Telephone Number    (home)**

_____

**Area Code) Telephone Number    (work)**

☐ Respondent ☒ Co-Petitioner (check one):

_Sally a. Myers_

**Signature**

3333 West County Road 4

**Address**

Berthoud, CO 80513

**City, State, Zip Code**

(970) 635-2938

**(Area Code) Telephone Number (home)**

(970) 962-2212

**(Area Code) Telephone Number (work)**

---

Subscribed and affirmed, or sworn to before me

in the County of _Larimer_ ,

State of _Colorado_ , this _17th_

day of _April_ , 20 _02_ .

My commission expires: _06/09/05_

_Jane Garland_

**Notary Public**

Subscribed and affirmed, or sworn to before me

in the County of _Larimer_ ,

State of _Colorado_ , this _17th_

day of _April_ , 20 _02_ .

My commission expires: _06/09/05_

_Jane Garland_

**Notary Public**

---

## IF ONLY ONE PARTY SIGNS THE AFFIDAVIT, COMPLETE A CERTIFICATE OF MAILING.
## CERTIFICATE OF SERVICE

I certify that on _____ (date) the original and one copy of this document were filed with the Court; and, a true and accurate copy of the *AFFIDAVIT FOR DECREE WITHOUT APPEARANCE OF PARTIES* was served on the other party by ☐ Hand Delivery OR ☐ Faxed to this number _____

OR ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

TO: _____

_____

_____

_____

**(Your signature)**

☐ **District Court**
Larimer
Court Address:
  201 LaPorte Ave. Fort Collins, CO 80521-2761

County, Colorado

FILED
2002 MAR 13 PM 1:04

In Re:
**Petitioner:**  ELDON L. MYERS, SR.

v.

     SALLY A. MYERS

**Respondent/Co-Petitioner:**

▲   **COURT USE ONLY**    ▲

JEE

Attorney or Party Without Attorney (Name and Address):

Eldon L. Myers, Sr.
3333 West County Road 4 Berthoud, CO 80513
Phone Number:   532-2561    E-mail:
FAX Number:      Atty. Reg. #:

Case Number:

2002DR-000072

Division      Courtroom

☒ **SEPARATION AGREEMENT (WITHOUT CHILDREN) OR** ☐ **PARTIAL SEPARATION AGREEMENT OR**
☐ **INFORMATION FOR THE COURT**

This form may be used for several purposes:

1.      **SEPARATION AGREEMENT. Check this box above if your divorce is NON-CONTESTED**, i.e., you and your spouse agree on **ALL issues.**

2.      **PARTIAL SEPARATION AGREEMENT. Check this box above if your divorce is CONTESTED** and you and your spouse agree on **SOME BUT NOT ALL issues.** After each topic, please use the appropriate box to indicate: ☐ that both parties agree about the topic, OR ☐ information on the topic represents only one party's position (check appropriate party.)

3.      **INFORMATION FOR THE COURT. Check this box** if you do not have any agreements. You still must fill out this form to tell the Court what orders you want on each issue in the case.

A husband and wife getting a divorce (dissolution of marriage) or legal separation may enter into a written agreement containing provisions for maintenance (financial support) of either party, disposition of property and the allocation of parental responsibilities (not applicable to the use of this form.) (see §14-10-112, C.R.S.). The Court must follow the agreement as it pertains to the parties themselves and to property, unless the Court finds the agreement unconscionable. If the Court finds the agreement unconscionable, it may order the parties to submit a revised agreement.

You may use this form as an outline for your Separation Agreement / Partial Separation Agreement. It **DOES NOT** include every possible issue you may want to address. An "Other Terms" section has been provided for items you would like to add. If you need more space than is provided, attach additional pages to the form. If the form includes issues that do not apply to your situation, write "Not Applicable" or "N/A" in that section. You DO NOT have to use this form if you prefer to write your OWN Separation Agreement / Partial Separation Agreement. However, if your case is NON-CONTESTED, you **MUST** submit to the Court some form of WRITTEN Separation Agreement addressing all of the issues that are relevant to the facts of your case. If your case is CONTESTED, use this document to tell the Court what you want.

4.      **MAINTENANCE (financial support formerly known as alimony)**

     ☐    The parties do not agree on this issue.

     ☒    Both parties agree on this issue. (If you agree, please indicate the terms of agreement.)

         ☒    Both parties waive (give up forever) maintenance. (Once the Court accepts a party's waiver, that party may never again seek maintenance.)
           **OR**

EXHIBIT
*EXHIBIT*
*10*

☐ The ☐ Husband ☐ Wife (check one) shall pay maintenance to the ☐ Husband ☐ Wife (check one) in the amount of $ _____ per month beginning _____ (date), for _____ ☐ years ☐ months (check one), or until the Court modifies maintenance. Maintenance ☐ will ☐ will not (check one) be paid through the Registry of the court.

**OR**

☐ Other: _____

5. **REAL ESTATE**

☐ The parties do not agree on this issue.

☒ Both parties agree on this issue. (If you agree, please indicate the terms of agreement.)

☐ The parties own no real estate.

**OR**

The parties own real estate located at __3333 West County Rd 4, Berthoud, CO__ and the parties have agreed to divide the real estate as follows (be specific as to use, ownership, or arrangements for sale and distribution of funds): Sally inherited this residence from her parents and Eldon will be allowed to reside in a portion of the home for the rest of his life.

Title for the real estate will be transferred by the following method(s) (i.e., one party will execute a quitclaim deed, etc.):

Eldon has executed a Quit Claim Deed to Sally to give up his rights to ownership of the residence. Deed recorded January 16, Reception #2002005882

☒ The parties agree that any mortgage on the property will be paid by:
☐ Husband   OR   ☒ Wife   OR   ☐ Husband and Wife

**OR**

☐ The parties do not agree on the mortgage of the property.
(Note: Change of title does not end the obligation you may have to the mortgage company. Court approval of any provision to remove either party from a mortgage loan does not require the lender to actually release the party from the commitment).

The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so. The other party may also ask the court for sanctions for the refusal to follow this order.

6. **MOTOR VEHICLE(S)**

☐ The parties do not agree on this issue.

☒ Both parties agree on this issue. (If you agree, please indicate the terms of agr

    ☐ The parties have no motor vehicle(s) acquired during the marriage.

    **OR**

    ☒ The motor vehicle(s) acquired during the marriage are divided as follows (include the year, number and make of each motor vehicle(s)):

1986 Cadillac 1G6CD698297744 – Title in Sally's name

1988 Plymouth 2P4FH513XJR572592 – Title in Eldon's name

    The party(ies) will:

      ☐ Sign over the document required by the motor vehicle department, **N/A**

      **AND / OR**

      ☐ Sign over the title to the vehicle to the party receiving the vehicle within _____ days of entry of Decree.

☐ The parties agree that any loan/lease on the vehicle(s) will be paid by:
    ☐ Husband OR ☐ Wife OR ☐ Husband and Wife

    **OR** all vehicles are free and clear

☐ The parties do not agree on the loan/lease of the vehicle(s).
(Note: Change of title does not end the obligation you may have to the loan/lease company. Court approval of any provision to remove either party from a loan/lease does not require the lender to actually release the party from the commitment).

**The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so. The other party may also ask the Court for sanctions for the refusal to follow this order.**

7.    **PERSONAL PROPERTY (furniture, boats, clothing, jewelry, household goods, etc.)**

☐ The parties do not agree on this issue.

☒ Both parties agree on this issue (If you agree, please indicate the terms of agreement below).

    ☒ The personal property has been divided and both parties are satisfied with the division.

    **OR**

    ☐ The personal property is awarded to each party as follows:

    Husband:

    Wife:

The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so.  The other party may also ask the Court for sanctions for the refusal to follow this order.

8.      **STOCKS / BONDS / BANK ACCOUNTS**

☐   The parties do not agree on this issue.

☒   Both parties agree on this issue (if you agree, please indicate the terms of agreement below).

☒   The parties own no stocks or bonds.

**OR**

☐   The stocks and / or bonds will be divided as follows:

☐   The parties do not have any bank accounts.

**OR**

☒   The bank accounts will be divided as follows:  N/A

Sally has her own Bank Account at Bank One
Eldon has his own Bank Account at IBM Credit Union

**The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so.  The other party may also ask the Court for sanctions for the refusal to follow this order.**

9.      **DEBTS**

☐   The parties do not agree on this issue.

☒   Both parties agree on this issue.  (If you agree, please indicate the terms of agreement below.)

☐   There are no unpaid marital debts.

**OR**

☒   The marital debts are to be paid by each party as follows (for each debt listed on the Affidavit with Respect to Financial Affairs, write the name of the creditor by the party who will be responsible for paying the debt):

Husband:

Wife:   Home Equity Loan with Bank One – no other debts

The party responsible for the debts ☒ will ☐ will not (check one) indemnify the other party and hold him / her harmless for those debts.

**LIFE INSURANCE** (page 5 of 7)

☐ The parties do not agree on this issue.

☒ Both parties agree on this issue.  (If you agree, please indicate the terms of agreement)

   ☒ Neither party will be required to carry life insurance on his / her life.

   **OR**

   ☐ The husband will carry life insurance on his life in the amount of $ _____

   _____ (name of spouse or child(ren)) as beneficiary.

   **AND/OR**

   ☐ The wife will carry life insurance on her life in the amount of $ _____ with

   _____ (name of spouse or child(ren)) as beneficiary.

The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so.  The other party may also ask the Court for sanctions for the refusal to follow this order.

11. **PENSIONS / RETIREMENT ACCOUNTS**

   ☐ The parties do not agree on this issue.

   ☒ Both parties agree on this issue.  (If you agree, please indicate the terms of agreement below.)

      ☒ Neither party has pensions or retirement accounts, which were earned during the marriage.

      **OR**

      ☐ The pensions and retirement accounts of the parties shall be divided as follows:

The Parties understand that if either of them refuses to execute any documents under this agreement, C.R.C.P. 70 allows the Clerk of the Court to do so.  The other party may also ask the Court for sanctions for the refusal to follow this order.

12. **TAXES**

   ☐ The parties do not agree on this issue.

   ☒ Both parties agree on this issue.  (If you agree, please indicate the terms of agreement below.)

      ☒ The parties will file ☒ joint  ☐ separate (check one) tax returns for the year(s) _2001_
      _____. After the date of the Decree, the parties will file separate tax returns.

      **OR**

      ☐ Other arrangements:

13.   **FUTURE CONFLICT RESOLUTION**

    ☐ The parties do not agree on this issue.

    ☒ Both parties agree on this issue.  (If you agree, please indicate the terms of

        ☒ The parties agree to go to mediation to resolve any future conflicts.

        **OR**

        ☐ Other arrangements for future conflict resolution:

14.   **COSTS RELATED TO DIVORCE PROCESS**

    ☐ The parties do not agree on this issue.

    ☒ Both parties agree on this issue.  (If you agree, please indicate the terms of agreement below.)

        ☐ The parties agree to each pay their own costs related to the divorce process.

        **OR**

        ☒ The parties agree to split the costs related to the divorce process 50/50.

        **OR**

        ☐ Other arrangements:

15.   **OTHER TERMS**  *(Add any other items you would like to include in your Separation Agreement / Partial Separation Agreement / Information for Disclosure for Permanent Orders Hearing.)  Please use additional sheets, if necessary.*

    ☐ The parties do not agree on this/these issue(s).

    ☒ Both parties agree on this/these issue(s). *(If you agree, please indicate the terms of the agreement below:*

    No additional terms or conditions are necessary

YOUR SIGNATURE BELOW INDICATES THAT YOU HAVE READ AND AGREE TO THIS DOCUMENT.

IF BOTH PARTIES AGREE TO THIS PLAN, BOTH PARTIES MUST SIGN.

THIS DOCUMENT MUST BE SIGNED IN THE PRESENCE OF A NOTARY PUBLIC.

Petitioner:

☐ Respondent ☒ Co-Petitioner (check o

_____
Signature

_____
Signature

3333 West County Road 4
Address

3333 West County Road 4
Address

Berthoud, CO 80513
City, State, Zip Code

Berthoud, CO 80513
City, State, Zip Code

(970) 532-2561
(Area Code) Telephone Number      (home)

(970) 532-2561
(Area Code) Telephone Number (home)

_____
Area Code) Telephone Number      (work)

(970) 962-2212
(Area Code) Telephone Number  (work)

Subscribed and affirmed, or sworn to before me in the County of ___Larimer___, State of ___Colorado___, this __11TH__ day of ___MARCH___, 2002.

My commission expires: 06/09/05

_____
Notary Public

Subscribed and affirmed, or sworn to before me in the County of ___Larimer___, State of ___Colorado___, this __11TH__ day of ___MARCH___, 2002.

My commission expires: 06/09/05

_____
Notary Public

 **Larimer County Public Search** v4.2.3.69

Return to Search  |  Settings  |  Support  |  Login

| Result Row: | ◀Prev  8 of 8  Ne |
| Instrument # | ◀Prev  2006008961 |

| | |
|---|---|
| **Document Type:** | (WD) WARRANTY |
| **Record Date :** | 11/28/2006 4:57 |
| **Grantor:** | MYERS SALLY A |
| **Grantee:** | HUMMEL FORRES |
| **Book Type:** | RE |
| **# of Pages:** | 1 |
| **Consideration:** | 110,000.00 |
| **Legal:** | LOT L4-6 BLK B4 ADDN AMEND LO |

*Note: Empty fields are not shown*
*Direct External Link to this Docum*

# We apologize that images are not viewable.

### Do you want to view images online?
**You must have an Escrow Account Agreement and a signed Remote Access Licensing Agreement on file with our office.**

### Don't have an Escrow Account?
**If you'd like to set one up, complete this Escrow Account Agreement and mail it to our office along with a check or money order for your deposit. There is no minimum amount to open an escrow account.**

### Have an active Escrow Account?
**You may request a copy of this image by submitting a request to recording@larimer.org. Please include your Account Number and Password or we cannot complete your order.**

### What if none of the above applies to you?
**Pursuant to Colorado Revised Statutes, we are not authorized to issue copies of recorded documents until payment is received.**

**Copies are $0.25 per page, with an additional fee of $1.00 per document to certify. All requests (excluding voluminous orders) will be filled within 1 business day.**

### To request a copy by mail, submit a written request along with payment to:
**Larimer County Clerk & Recorder**
**Attn: Copies**
**PO Box 1280**
**Fort Collins, CO  80522**

### To request a copy by phone using a credit card or electronic check (additional fees apply):
**Please call our office at (970) 498-7860**

### You can also come to our office located at:
**Larimer County Clerk and Recorder**
**Citizen Information Center, 1st Floor**
**200 W. Oak St.**
**Fort Collins, CO, 80521**

**THANK YOU!**

*EXHIBIT*
*11*

Case 1:11-cv-00488-KMT

Those persons having prior or equal rights to appointment have renounced their rights to appointment or have received notice of these proceedings. Any required renouncements accompany this application. (Section 15-12-310, C.R.S.)

10. The nominee is to serve in unsupervised administration and without bond. Bond is not required by the will, nor has bond been demanded by an interested person. (Sections 15-12-603 and 605, C.R.S.)

11. The decedent   was ☐   was not ☒   married at time of death.

12. Listed below are the names and addresses of decedent's spouse, children, heirs and devisees, and the names and addresses of guardians or conservators of incapacitated or protected persons. (See instructions below.)

| NAME (Include spouse, if any) | ADDRESS (or date of death) | AGE AND DATE OF BIRTH OF MINORS (or nature of disability) | INTEREST AND RELATIONSHIP (See instructions) |
|---|---|---|---|
| MARTIN HENRY MYERS | Deceased, November 2, 1998 | | Spouse |
| SALLY A. MYERS ✓ | 3333 W. County Rd. 4 Berthoud, CO 80513 | | Devisee/Surviving Spouse of Eldon L. Myers, Sr. |
| ELDON L. MYERS, SR. ✓ | Deceased, August 10, 2004 | | Nephew of Martin Henry Myers /Purported Devisee |
| CAROLYN JUMP ✓ | P.O. Box 271 Helena, OK 73741 | | Devisee (Personal Property Memo) |

APPLICANT REQUESTS that the will be admitted to informal probate; that the nominee be informally appointed as personal representative to serve without bond in unsupervised administration; and that Letters Testamentary be issued to the personal representative.

DATE: Feb 23 2006

Signature of Attorney for Applicant
(Type or print name address and tele. # below)

Randy Lee Williams, Esq.

2881 No. Monroe Ave., Suite 1

Loveland, CO 80538

(970) 669-8668

As the applicant and being sworn, I verify that the facts set forth in this application are true to the best of my knowledge information and belief.

Sally A. Myers

Signature of Applicant (Type or print name, address and tele. # of Applicant below)

Sally A. Myers

3333 W. County Rd. 4

Berthoud, CO 80513

970-532-2561

State of Colorado County of Larimer

Subscribed and sworn to before me by the applicant on 2/23/06 .

My commission expires: 10/7/08

Notary Public

CPC 11   R7/00    APPLICATION FOR INFORMAL PROBATE OF WILL AND INFORMAL APPOINTMENT OF PERSONAL REPRESENTATION

EXHIBIT
12

My Commission Expires Oct 7, 2008

1852 Albany Av.
Loveland, CO 80538
May 20, 2009

RECEIVED

MAY 21 2009

FILING
SECRETARY OF STATE

State of Colorado
Secretary of State
1700 Broadway, Suite 300
Denver, CO 80290
M 390000050

Attention: Andrew Whitfield

Dear Mr. Whitfield:

This letter is in response to your letter
dated May 15th which I received on
Tuesday, May 19th. The letter was in response
to a Notary Complaint & a form I notarized
for Sally & Eldon, Sr. a number of years
ago on March 11, 2002.

I worked for the Loveland Police Dept from
December 1980 until March of last year.
This is the first time I have received any
concerns re my Notary, and I was
quite disappointed to learn of this complaint.

Unfortunately, due to the length of time
since this notarization occurred, I can
honestly say I cannot remember the
incident. I cannot find any log for
this incident. I haven't used my Notary
since retiring, nor will I.        (over)

EXHIBIT
13

My family will be leaving for vacation the end of May and will be gone for a week. This is for your information should you wish to contact me again.

Sorry I could not be of more help.

Yours truly,

Gane Garland

**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 300
Denver, CO 80290



**Bernie Buescher**
**Secretary of State**

**Michael L. Shea**
**Director, Licensing & Enforcement Division**

June 22, 2009

Jane Garland
1852 Albany Ave.
Loveland, CO 80538

*Re: Notary Complaint*

Dear Mr. Garland:

The secretary of state is in receipt of your response dated May 20, 2009. In your letter, you stated that you were unable to find your notary journal that contained an for this transaction. This office requests that you redouble your efforts to locate this notary log as it may be considered material evidence in a related judicial matter.

Furthermore, please note that your notary commission expired yesterday, June 21, 2009. Pursuant to the Notaries Public Act, you are required to have delivered to the secretary of state a "letter of resignation, the notary's journal of notarial acts, and all other papers and copies relating to the notary's notarial acts, including the notary's seal" if you intend not to renew your notary commission. 12-55-115, C.R.S. Failure to perform this duty may place you in violation of the Notaries Public Act for wrongful possession of a journal and seal. 12-55-118, C.R.S.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Andrew Whitfield
Deputy Director, Licensing & Enforcement

cc: Bernie Myers

*EXHIBIT*
*14*

---

| | | | |
|---|---|---|---|
| Main Number | (303) 894-2200 | Web Site | www.sos.state.co.us |
| TDD | (303) 869-4867 | E-mail – Licensing | sos.licensing@sos.state.co.us |
| Fax | (303) 869-4871 | | |

**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 300
Denver, CO  80290



**Bernie Buescher**
**Secretary of State**

**Michael L. Shea**
**Director, Licensing & Enforcement Division**

July 13, 2009

Jane Garland
1852 Albany Ave.
Loveland, CO 80538

***Re: Notary Complaint***

Dear Ms. Garland:

Based on the statements made in your letter of May 20, 2009, the secretary of state has determined that you have violated the Notaries Public Act.  In particular, this office finds that you violated Section 12-55-113, C.R.S., by failing to inform the secretary of state within thirty days after you had lost your notary journal.

Please be advised that should you choose to apply to become a notary in the future, the secretary of state shall exercise his right to deny your notary commission per 12-55-107, C.R.S., as a result of the transgression stated above.  Please note that this determination can be appealed in accordance with the Administrative Procedure Act upon your own initiative.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Andrew Whitfield
Deputy Director, Licensing & Enforcement

cc: Bernie Myers

*EXHIBIT*
*15*

| Main Number | (303) 894-2200 | | Web Site | www sos state co.us |
| TDD | (303) 869-4867 | | E-mail – Licensing | sos licensing@sos state co.us |
| Fax | (303) 869-4871 | | | |



**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 300
Denver, CO 80290

**Mike Coffman**
Secretary of State

**Mike Shea**
Director, Licensing & Enforcement Division

January 20, 2009

Deborah Lawrence
1419 Effie Ct.
Loveland, CO 80537

*Re: Notary Complaint*

Dear Ms. Lawrence:

The Secretary of State has received a complaint concerning a notarization that you performed on or around January 16, 2002. Specifically, the complaint alleges that you notarized documents without witnessing the signature of the signer. A copy of the complaint is enclosed for your reference.

Section 12-55-110(4)(a) and (b) of Colorado Revised Statutes ("The Notaries Public Act") provides that a notary must not sign a certificate unless the signer of the document is in the physical presence of the notary and the notary knows the signer or verifies the signer's identity through "satisfactory evidence." The Act states that "satisfactory evidence includes but is not limited to the sworn statement of a credible witness who personally know such notary and the individual so named, or a current identification card or document issued by a federal or state government entity containing a photograph and signature of the individual who is so named." 12-55-110(4)(b), C.R.S.

Notarizations that are not factual in every respect violate the Colorado Notaries Public Act. Those done when the signer of the document has not appeared personally before the notary or the notary has failed to identify the signer violate not only a specific statutory provision but also the basic duty of the notary to be a disinterested witness to the signing. Any such notarization additionally violates the terms of the notarial affirmation required of every notary applicant, in which the applicant affirms under penalty of perjury that s/he has "carefully read the notary law of this state," and will faithfully perform all notarial acts in conformance with that law.

Furthermore, the Notaries Public Act requires that notaries record transactions that affect the title of real property. Section 12-55-111, C.R.S., states in pertinent part that "(e)very notary public shall keep a journal of every acknowledgement taken by such notary to an instrument affecting the title to real property." However, a notary is not required to maintain a journal for transactions affecting the title of real property if the document is retained by the notary's firm or employer in the regular course of business.

*EXHIBIT 16*

| | | | |
|---|---|---|---|
| Main Number | (303) 894-2200 | Web Site | www.sos.state.co.us |
| TDD | (303) 869-4867 | E-mail – Licensing | sos.licensing@sos.state.co.us |
| Fax | (303) 869-4871 | | |

This matter is serious enough to warrant a notary revocation hearing. Before revocation proceedings are instituted however, you have the opportunity to present your views, arguments and data to the Secretary of State in writing. Please submit your response, supporting documentation, **and a copy of your journal entry for this transaction** at your earliest convenience, but **no later than Friday, February 6, 2009**.

Your response should be mailed or delivered to my attention at the above address.

Sincerely,

Andrew Whitfield
Deputy Director, Licensing & Enforcement

cc:   Bernie Myers
      Steven G. Francis

January 23, 2009

State of Colorado, Department of State
ATTN: Andrew Whitfield
Deputy Director, Licensing & Enforcement
1700 Broadway, Suite 300
Denver, CO  80290

RECEIVED

JAN 2 8 2009

LICENSING
SECRETARY OF STATE

Dear Mr Whitfield:

I am responding to your letter dated January 20, 2009 regarding accusations made against me by one Bernie Myers.  In your letter I am being accused of not witnessing the signature of the signer.  In Mr Myers' complaint, I am accused of lying and conspiring with Sally Myers to commit fraud and forgery; Mr Myers states that Sally Myers forged his father's name, my name and my notary seal.  The documents are contradictory; it is unclear if I am being accused of not witnessing the signature or if Sally Myers forged my name and seal with my apparent knowledge and permission.

I have been a notary for 13 years and take it very seriously.  I have always complied with the notary regulations for the State of Colorado and would not sign my name and apply my notary seal without the signer being present.  The specific incident named in this complaint occurred over seven years ago and I do not specifically remember the exact circumstances of the event.  I can say though that the notary signature and notary seal on the document are mine.  The date "16th of January 2002" is not my handwriting and does appear to be in Sally Myers' hand.

Since my notary duties are primarily for notarizing warrants, affidavits and other law enforcement documents for our law enforcement officers, I have notarized maybe two documents having to do with real property.  All of my notary items are kept at my office and unfortunately I am not able to locate the exact journal entry you are requesting.  Since the time of the above event, we have moved to another building and some things naturally became misplaced in the move.  I apologize but at this time I cannot place my hands on this journal entry although I do recall having done a journal entry for real property several years ago.

I would also like to respond to Mr Myers' accusation that I lied to the law firm of Howard and Francis, whom he retained, regarding my signature.  I do recall receiving a letter from this firm approximately one year ago with a copy of the signed page enclosed.  I was asked to verify whether or not this was my signature.  I called their office and verbally confirmed it was my signature.  I asked if they needed a written statement from me and was told that would not be necessary.

Mr Myers states in his complaint that "Sally trained these people and worked with them for several years as their supervisors (sic) at one time or another."  In my entire 13 years with the Loveland Police Department I have been a Clerk in the Records Unit.  Sally, as the Administrative Assistant to the Chief of Police, had nothing to do with Records'

EXHIBIT
17

operation and procedure.  She never trained me nor was she ever my supervisor.  This can be easily verified through the Human Resources Department for the City of Loveland, located at 500 E 3rd St, Loveland, CO 80537.

Mr Myers goes on to accuse me of assisting Sally Myers to commit criminal acts.  These serious and false accusations made by Mr Myers constitute libel not only against my character but concerning the status of my being a notary in the State of Colorado which is a facet of my job responsibilities at the police department.  I will be left with no choice but to pursue this in the necessary forum if it becomes necessary.

Thank you for the opportunity to respond.

Sincerely,

Deborah Lawrence
1419 Effie Court
Loveland, CO 80537

**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 300
Denver, CO 80290



**Bernie Buescher**
**Secretary of State**

**Michael L. Shea**
**Director, Licensing & Enforcement Division**

February 5, 2009

Deborah Lawrence
1419 Effie Ct.
Loveland, CO

*Re: Notary Complaint*

Dear Ms. Lawence:

The office of the secretary of state is in receipt of your letter dated January 23, 2009. In that letter, you stated that it is your practice to notarize documents in the physical presence of the signer. You further stated that you recalled making a journal entry for the notarization in question, but that you are unable at this time to locate the journal entry for this transaction.

The secretary of state requests the you prepare an affidavit which includes, among other things, the following:

1. Whether or not you made good faith attempts to find your notary journal.
2. Whether or not it is your practice to maintain a notary journal.
3. Whether or not you remember the notarization in question.
4. Whether or not Eldon Myers was in your physical presence when this notarization was performed.

Please have the affidavit delivered to this office **no later that Friday, February 20, 2009**.

Sincerely,

Andrew Whitfield
Deputy Director, Licensing & Enforcement

cc:   Bernie Myers
      Steven G. Francis

*EXHIBIT 18*

| | | |
|---|---|---|
| Main Number | (303) 894-2200 | Web Site | www.sos.state.co.us |
| TDD | (303) 869-4867 | E-mail – Licensing | sos.licensing@sos.state.co.us |
| Fax | (303) 869-4871 | | |



**STATE OF COLORADO**
**Department of State**
1700 Broadway
Suite 300
Denver, CO 80290

**Bernie Buescher**
**Secretary of State**

**Michael L. Shea**
**Director, Licensing & Enforcement Division**

March 2, 2009

Deborah Lawrence
1419 Effie Ct.
Loveland, CO 80537

*Re: Opportunity to Cure Notary Complaint*

Dear Ms. Lawrence:

The Secretary of State is in receipt of your letter dated February 18, 2009. In that letter, you stated that despite your good faith attempts to locate your journal, you have been unable to do so. Accordingly, the Secretary of State has determined that you have acted in contravention to the Notaries Public Act. In particular, the state finds that you failed to alert the Secretary of State after losing your journal in violation of 12-55-113, C.R.S., and failed to produce your journal upon request.

That being said, the Colorado Administrative Procedure Act ("APA") does provide recourse in this matter. The APA states:

> (3) No revocation, suspension, annulment, limitation, or modification of a license by any agency shall be lawful unless, before institution of agency proceedings therefor, the agency has given the licensee notice in writing of objective facts or conduct established upon a full investigation that may warrant such action and afforded the licensee opportunity to submit written data, views, and arguments with respect to the facts or conduct and, *except in cases of deliberate and willful violation or of substantial danger to public health and safety, given the licensee a reasonable opportunity to comply with all lawful requirements.* 24-4-104(3)(a), C.R.S. (2009) (Emphasis Added).

Pursuant to this section of the APA, notaries are given an opportunity to cure their transgressions so long as the conduct is not intentional or deliberate and willful.

At this time, the Secretary of State is prepared to offer you a reasonable opportunity to remedy your transgression. Accordingly, you are required to attend a notary training class at the office of the Secretary of State. Your notary commission shall be suspended until such time as you complete the notary training course. A listing of free notary classes can be found on the Secretary of State's website at www.sos.state.co.us. Please inform this office in writing of your intention to attend a notary training class and which class you will be attending **no later than Tuesday, March 17, 2009.**

*EXHIBIT*
*20*

| Main Number | (303) 894-2200 | | Web Site | www sos state.co us |
| TDD | (303) 869-4867 | | E-mail – Licensing | sos.licensing@sos.state.co.us |
| Fax | (303) 869-4871 | | | |

Performing notarizations while your commission is suspended will result in a notary revocation hearing and a recommendation that the district attorney pursue criminal charges for official misconduct by a notary.

If you have any questions about the above, please do not hesitate to contact me.

Sincerely,

Andrew Whitfield
Deputy Director, Licensing & Enforcement

cc: Bernie Myers

March 5, 2009

Andrew Whitfield
Deputy Director, Licensing & Enforcement
State of Colorado
Department of State
1700 Broadway
Suite 300
Denver, CO  80290

Dear Mr Whitfield:

I am in receipt of your letter dated March 2, 2009.  I appreciate the opportunity to cure my notary complaint.

As stated in your letter, I may remedy my transgression by attending a notary training class at the office of the Secretary of State.  This letter is to inform you that I have registered and will be attending this training on Thursday, May 21, 2009 from 5:00 to 7:00 PM.

I will ask the instructor for information on how to have my notary privileges reinstated at the training.

Thank you again.

Sincerely,

Deborah Lawrence
1419 Effie Court
Loveland, CO  80537


RECEIVED

MAR 0 9 2009

LICENSING
SECRETARY OF STATE


EXHIBIT
21

April 21, 2009

State of Colorado, Department of State
ATTN: Andrew Whitfield
Deputy Director, Licensing & Enforcement
1700 Broadway, Suite 300
Denver, CO  80290

Dear Mr Whitfield:

In your letter dated March 2, 2009, you offered me an opportunity to remedy my
transgression by attending notary training at the office of the Secretary of State.

I completed this training on April 16, 2009 and am enclosing a copy of my Certificate of
Completion.  I respectfully request that my notary commission be reinstated at this time.

Thank you.

Sincerely,

*Deborah Lawrence*

Deborah Lawrence
1419 Effie Court
Loveland, CO 80537

**RECEIVED**

APR 2 2 2009

**LICENSING
SECRETARY OF STATE**

*EXHIBIT
22*

Motion to request Marshalls Service

Comes now plantiff, Bernard Kenneth Myers, to respectfully request Marshalls service from the court to

Serve the named defendants as plantiff does not have the resources to do so in this matter. Plantiff has

Exhausted all of his resources combating these unjust and illegal actions committed against him by the

Named defendants. Plantiff was also in an automobile accident which has left me unable to work at

This time and would be most grateful to the court if they would grant this motion. Thank you.

Bernard Kenneth Myers, Plantiff and prose

_Bernard K. Myers_ _____ 12-18-2014

Motion to request appointment of council


Comes now Plantiff, Bernard Kenneth Myers, to respectfully request appointment of council


Through the courts new prose pilot program. Plantiff has tried unsuccessfully on several occasions


To obntain council with disasterous results and no longer has the assets to obtain council on my own.


Plantiff would be most grateful if the court will grant this motion as the plantiff desperately needs


Council to fight this suit as plantiff has no legal experience of any kind with which to combat such


Defendants. Thank you.


Bernard Kenneth Myers, Plantiff and prose


_____ 12-18-2014