Motion to request appointment of council

Comes now Plantiff, Bernard Kenneth Myers, to respectfully request appointment of council

Through the courts new prose pilot program. Plantiff has tried unsuccessfully on several occasions

To obntain council with disasterous results and no longer has the assets to obtain council on my own.

Plantiff would be most grateful if the court will grant this motion as the plantiff desperately needs

Council to fight this suit as plaintiff has no legal experience of any kind with which to combat such

Defendants. Thank you.

Bernard Kenneth Myers, Plantiff and prose

/s/ Bernard K. Myers          12-18-2014