Motion to request Marshalls Service

Comes now plantiff, Bernard Kenneth Myers, to respectfully request Marshalls service from the court to

Serve the named defendants as plantiff does not have the resources to do so in this matter. Plantiff has

Exhausted all of his resources combating these unjust and illegal actions committed against him by the

Named defendants. Plantiff was also in an automobile accident which has left me unable to work at

This time and would be most grateful to the court if they would grant this motion. Thank you.


Bernard Kenneth Myers, Plantiff and prose


*Bernard K. Myers* _____12-18-2014