Civil Action No. 14-CV-03447-KMT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2015

BERNARD KENNETH MYERS, Plantiff

JEFFREY P. COLWELL
CLERK

Vs.

ELDON LOWELL MYERS JR., executor and personal representive of Eldon Lowell Myers Sr,

DORWIN DWAYNE HUMMEL, executor and personal representive of Sally A. Myers,

ALICE JANE GARLAND, in her individual and official capacities,

ELIZABETH MARKHAM, in her individual and official capacities,

DEE ANN BEAMAN, in her individual and official capacities,

DANA D. WOODHAMS, in her individual and official capacities,

STEVEN FRANCIS, attorney at law,

RYAN CLEMENT, attorney at law,

PAUL GORDON, attorney at law,

STEVEN McWHIRTER, attorney at law,

Defendants,

Motion for reconsideration of marshall's service and or motion to withdraw case without prejudice

To refile informa pauperos.

Comes now plantiff, Bernard Kenneth Myers, plantiff and prose to respectfully request of the court to

To reconsider plantiff's request for marshall's service for the reasons stated below.

Your honor my 80 year old mother and I were in a terrible accident on Nov 4, 2014 which destroyed

My only source of transportation, broke 4 of my mothers rib's and severly damaged my neck and

Back to the point that I am still in therapy for the injuries sustained in the accident and have

Been unable to work as a result. It will still be some time before any settlement is reached. I paid

The filing fee so as not to burden the court with that cost so that I might get this case on the road and

Finally receive justice for my late father and I for the crimes the named defendants did to us. Upon

Reaching a settlement the plantiff would reimburse the court for any expenses incurres as a result of

Marshalls service. I have contacted both the sheriff's offices in Larimer county and also in Phenix city, Alabama and was informed by both that they do not issue summons' on credit. Therefor your honor,

You are my only hope and should the court be unable to do this then the plantiff has 2 other requests.

1. Please allow the case to sit dormant until plantiff gets his settlement and then pay the Filing fees, and if unable to,

2. Please allow plantift to withdraw the case without prejudice so that he may proceed informa Paperous.

Your honor I promise this is in no way a frivolous suit. I've been trying to get my father and I justice For years. I know I have a strong case that is winnable in every sense of it's being but without Your granting marshalls my cause is hopeless unless the court grants this motion for marshall's Service or allows one or the other requests. Please don't dismiss me with prejudice and please,

If the court is able, please grant the request for marshalls service. Enclosed your honor will find a Copy of the accident report as well as a letter from the thearapists clinic. Please grant the motion for Marshalls service and if the court is unable then please grant one or the other requests. Just please

Don't dismiss me with prejudice, this is my last chance to fight for my dad and I. Thank you.

BERNARD KENNETH MYERS, Plantiff

_____ 1-11-15

# Dora Roberts Rehabilitation Center



To Whom it May Concern,

Bernard Myers (DOB 2/03/1965) is currently under my care participating in physical therapy which began on 11/25/2014 related to symptoms stemming from MVA on 11/4/2014. He has physical therapy appointments scheduled until 1/23/2015.

Sincerely,

*Cassie Kuykendall, PT, MPT*
Cassie Kuykendall, PT, MPT
Dora Roberts Rehabilitation Center

306 W. 3rd Street   •   Big Spring, Texas 79720   •   (432) 267-3806   •   Fax: (432) 267-3809

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)

Law Enforcement and TxDOT Use ONLY: ☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 2  
Total Num. Prsns.: 3  
TxDOT Crash ID: ____

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 79714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
* = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 2

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 11/04/2014
- *Crash Time (24HRMM): 1127
- Case ID: 14-0571
- Local Use: ____
- *County Name: HOWARD
- *City Name: BIG SPRING
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☑ Yes ☐ No
- Latitude (decimal degrees): ____
- Longitude (decimal degrees): ____

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: US
- *Hwy. Num.: 87
- 2 Rdwy Part: 1
- Block Num.: 400 BLK
- 3 Street Prefix: S
- *Street Name: GREGG
- 4 Street Suffix: ST
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: ____
- Const. Zone: ☐ Yes ☑ No
- Workers Present: ☐ Yes ☑ No
- Street Desc.: ____

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: ☑ Yes ☐ No
- 1 Rdwy. Sys.: BI
- Hwy. Num.: 20
- 2 Rdwy Part: 1
- Block Num.: 300 BLK
- 3 Street Prefix: W
- Street Name: 4TH
- 4 Street Suffix: ST
- Distance from Int. or Ref. Marker: 0
- ☑ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: ____
- Reference Marker: ____
- Street Desc.: ____
- RRX Num.: ____

## VEHICLE, DRIVER, & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num: 83W8116
- VIN: 3C6UR4HJ1EG279495
- Veh. Year: 2014
- 6 Veh. Color: WHI
- Veh. Make: DODGE
- Veh. Model: RAM 2500
- 7 Body Style: PK
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num: 01720428
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 02/08/1943
- Address (Street, City, State, ZIP): 1810 RUNNELS STREET BIG SPRING TEXAS

| Person N | 12 Prsn. | 13 Seat | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury | Age | 15 Ethnic | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helme | 21 Sol. | 22 Alc. S | Alc. Res | 23 Drug. | 24 Drug R | 25 Drug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FAULKS, JIMMY LEON | N | 71 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit

- ☑ Owner ☐ Lessee  Owner/Lessee Name & Address: JIMMY LEON FAULKS 1810 RUNNELS STREET 0 BIG SPRING, TX
- Proof of Fin. Resp.: ☑ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: THE TRAVALERS INSURANCE CO
- Fin. Resp. Num.: BAC800346
- Fin. Resp. Phone Num.: 888-661-3938
- 27 Vehicle Damage Rating 1: 12-FD-2
- 27 Vehicle Damage Rating 2: __-__-__
- Vehicle Inventoried: ☐ Yes ☑ No
- Towed By: MITCHEM WRECKER
- Towed To: MITCHEM WRECKER 5715 W I-20 BIG SPRING TX 79720 432-267-3747

## VEHICLE, DRIVER, & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num: AJ29656
- VIN: 1B7HC16Y6SS203379
- Veh. Year: 1995
- 6 Veh. Color: RED
- Veh. Make: DODGE
- Veh. Model: 1500
- 7 Body Style: PK
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num: 15174861
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: A
- DOB (MM/DD/YYYY): 02/03/1965
- Address (Street, City, State, ZIP): 603 E 17TH STREET BIG SPRING TEXAS 79720

| Person N | 12 Prsn. | 13 Seat | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury | Age | 15 Ethnic | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helme | 21 Sol. | 22 Alc. S | Alc. Res | 23 Drug. | 24 Drug R | 25 Drug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MYERS, BERNARD KENNETH | C | 49 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | WISE, LAVERN | B | 79 | W | 2 | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit

- ☑ Owner ☐ Lessee  Owner/Lessee Name & Address: BERNARD KENNETH MYERS 603 E 17TH STREET BIG SPRING, TX 79720
- Proof of Fin. Resp.: ☑ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: KEMPER SPECIALTY
- Fin. Resp. Num.: CGNCZA159091701
- Fin. Resp. Phone Num.: 800-456-1919
- 27 Vehicle Damage Rating 1: 12-FC-3
- 27 Vehicle Damage Rating 2: 6-BD-2
- Vehicle Inventoried: ☐ Yes ☑ No
- Towed By: MITCHEM WRECKER
- Towed To: MITCHEM WRECKER 5715 W I-20 BIG SPRING TX 79720 432-267-3747

Law Enforcement and TxDOT Use ONLY
Form CR-3 1/1/2010

Case ID: 14-0571
TxDOT Crash ID:
Page 2 of 2

## POSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 2 | 2 | SCENIC MOUNTAIN MEDICAL CENTER | BIG SPRING FIRE/EMS | | |
| 2 | 1 | REFUSED MEDICAL TREATMENT | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | UNSAFE SPEED FOR CONDITIONS | E0010913 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| SIGN, SIGNAL LIGHT POLE | TEXAS DEPT. TRANSPORTATION | 1301 N HWY 350 BIG SPRING TEXAS 79720 |

## CMV

Unit Num.: ☐ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY
28 Veh. Oper.:   29 Carrier ID Type:   Carrier ID Num.:
Carrier's Corp. Name:   Carrier's Primary Addr.:
30 Rdwy. Access:   31 Veh. Type:   ☐ RGVW ☐ GVWR   HazMat Released ☐Yes ☐No   32 HazMat Class Num:   HazMat ID Num:   32 HazMat Class Num:   HazMat ID Num:
33 Cargo Body Style:   Trailer 1   Unit Num.:   ☐RGVW ☐GVWR   34 Trlr. Type:   Trailer 2   Unit Num.:   ☐RGVW ☐GVWR   34 Trlr. Type:
Sequence Of Events: 35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Total Num. Axles   Total Num. Tires

## FACTORS & CONDITIONS

| Unit Num. | 36 Contributing | | 37 Vehicle Defects | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 60 | | | | | | | | | | |
| 2 | | | | | 2 | 1 | 2 | 1 | 1 | 2 | 5 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened** (Attach Additional Sheets If Necessary)

UNIT 2 WAS NORTHBOUND IN THE 400 BLOCK OF SOUTH GREGG IN THE OUTSIDE TRAFFIC LANE. UNIT 1 WAS NORTHBOUND IN THE 400 BLOCK SOUTH GREGG TRAVELING DIRECTLY BEHIND UNIT 2. UNIT 1 WAS TRAVELING AT AN UNSAFE SPEED DUE TO IT RAINING AND WAS UNABLE TO STOP BEHIND UNIT 2 WHEN UNIT 2 STOPPED IN THE ROADWAY. UNIT1'S FD STRUCK UNIT 2'S BD, CAUSING UNIT 2 TO PROCEED TO THE NORTHEAST AND STRIKE A SIGN AND SIGNAL LIGHT POLE WITH UNIT 2'S FC.

Field Diagram  Not to Scale
Indicate North: N
SIGNAL LIGHT POLE AND SIGN
400 BLK S GREGG
200 BLK W 4TH
Unit 2, Unit 1

## INVESTIGATOR

Time Notified (24HRMM): 1130
How Notified: RADIO
Time Arrived (24HRMM): 1135
Report Date (MM/DD/YYYY): 11/04/2014

Invest. Comp.: ☑ Yes ☐ No
Investigator Name (Printed): STEPHEN OLIVER
ID Num.: 405

ORI Num.: TX1140100
* Agency: BIG SPRING POLICE DEPARTMENT
District/Area: 1

**Texas Peace Officer's Crash Report - Code Sheet**
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 1 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS  1/1/2010

### IDENTIFICATION AND LOCATION

**1. Roadway System**
- IH = Interstate
- US = US Highway
- SH = State Highway
- FM = Farm to Market
- RR = Ranch Road
- RM = Ranch to Market
- BI = Business Interstate
- BU = Business US
- BS = Business State
- BF = Business FM
- SL = State Loop
- TL = Toll Road
- AL = Alternate
- SP = Spur
- CR = County Road
- PR = Park Road
- PV = Private Road
- RC = Recreational Road
- LR = Local Road/Street (Street, Road, Ave., Blvd., Pl., Trl., Beach, Alley, Boat Ramp, etc.)

**2. Roadway Part**
1 = Main/Proper Lane
2 = Service/Frontage Road
3 = Entrance/On Ramp
4 = Exit/Off Ramp
5 = Connector/Flyover
98 = Other (Explain in Narrative)

**3. Street Prefix, Direction from int. or Ref. Marker**
N = North
NE = Northeast
E = East
SE = Southeast
S = South
SW = Southwest
W = West
NW = Northwest

**4. Street Suffix**
- RD = Road
- ST = Street
- DR = Drive
- AVE = Avenue
- BLVD = Boulevard
- PKWY = Parkway
- LN = Lane
- FWY = Freeway
- HWY = Highway
- WAY = Way
- TRL = Trail
- LOOP = Loop
- EXPY = Expressway
- CT = Court
- CIR = Circle
- PL = Place
- PARK = Park
- CV = Cove

**5. Unit Description**
1 = Motor Vehicle
2 = Train
3 = Pedalcyclist
4 = Pedestrian
5 = Motorized Conveyance
6 = Towed/Trailer
7 = Non-Contact
98 = Other (Explain in Narrative)

**6. Vehicle Color**
- BGE = Beige
- BLK = Black
- BLU = Blue
- BRZ = Bronze
- BRO = Brown
- CAM = Camouflage
- CPR = Copper
- GLD = Gold
- GRY = Gray
- GRN = Green
- MAR = Maroon
- MUL = Multicolored
- ONG = Orange
- PNK = Pink
- PLE = Purple
- RED = Red
- SIL = Silver
- TAN = Tan
- TEA = Teal (green)
- TRQ = Turquoise (blue)
- WHI = White
- YEL = Yellow
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**7. Body Style**
- P2 = Passenger Car, 2-Door
- P4 = Passenger Car, 4-Door
- PK = Pickup
- AM = Ambulance
- BU = Bus
- SB = Yellow School Bus
- FE = Farm Equipment
- FT = Fire Truck
- MC = Motorcycle
- SV = Sport Utility Vehicle
- PC = Police Car/Truck
- PM = Police Motorcycle
- TL = Trailer, Semi-Trailer, or Pole Trailer
- TR = Truck
- TT = Truck Tractor
- VN = Van
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**8. Driver License/ID Type**
1 = Driver License
2 = Commercial Driver Lic.
3 = Occupational
4 = ID Card
5 = Unlicensed
98 = Other
99 = Unknown

**9. Driver License Class**
A = Class A
AM = Class A and M
B = Class B
BM = Class B and M
C = Class C
CM = Class C and M
M = Class M
5 = Unlicensed
98 = Other/Out of State
99 = Unknown

**10. Commercial Driver License Endorsements**
H = Hazardous Materials
N = Tank Vehicles
P = Passengers
S = School Bus
T = Double/Triple Trailer
X = Tank Vehicle with HazMat
5 = Unlicensed
96 = None
98 = Other/Out of State
99 = Unknown

**11. Driver License Restrictions**
A = With Corrective Lenses
B = LOFS Age 21 or Over
C = Daytime Only
D = Not to Exceed 45 MPH
E = No Expressway Driving
F = Must Hold Valid Learner Lic. to MM/DD/YY
G = TRC 545.424 Applies until MM/DD/YY
H = Vehicle Not to Exceed 26,000 lbs GVWR
I = Motorcycle Not to Exceed 250 CC
J = Licensed Motorcycle Operator Age 21 or Over in Sight
K = Moped
L = Vehicle w/o Air Brakes - Applies to Vehicles Requiring CDL
M = CDL Intrastate Commerce Only
N = Ignition Interlock Required
O = Occ./Essent. Need DL-No CMV- See Court Order
P = Stated on License
Q = LOFS 21 or Over Vehicle Above Class B
R = LOFS 21 or Over Vehicle Above Class C
S = Outside Rear View Mirror or Hearing Aid
T = Automatic Transmission
U = Applicable Prosthetic Devices
V = Applicable Vehicle Devices
W = Power Steering
X = Vehicle Not to Exceed Class C
Y = Valid TX Vision or Limb Waiver Req'd
Z = Valid Fed.Vision or Limb Waiver Req'd
5 = Unlicensed
96 = None
98 = Other/Out of State
99 = Unknown

### VEHICLE, DRIVER, AND PERSONS

**12. Person Type**
1 = Driver
2 = Passenger/Occupant
3 = Pedalcyclist
4 = Pedestrian
5 = Driver of Motorcycle Type Vehicle
6 = Passenger/Occupant on Motorcycle Type Vehicle
98 = Other (Explain in Narrative)
99 = Unknown

**13. Seat Position**
1 = Front Left
2 = Front Center
3 = Front Right
4 = Second Seat Left
5 = Second Seat Center
6 = Second Seat Right
7 = Third Seat Left
8 = Third Seat Center
9 = Third Seat Right
10 = Cargo Area
11 = Outside Vehicle
13 = Other in Vehicle
14 = Passenger in Bus
16 = Pedestrian, Pedalcyclist, or Motorized Conveyance
98 = Other (Explain in Narrative)
99 = Unknown

**14. Injury Severity**
A = Incapacitating Injury
B = Non-Incapacitating Injury
C = Possible Injury
K = Killed
N = Not Injured
99 = Unknown

**15. Ethnicity**
W = White
B = Black
H = Hispanic
A = Asian
I = Amer.Indian/Alaskan Native
98 = Other
99 = Unknown

**16. Sex**
1 = Male
2 = Female
99 = Unknown

**17. Ejected**
1 = No
2 = Yes
3 = Yes, Partial
97 = Not Applicable
99 = Unknown

**18. Restraint Used**
1 = Shoulder and Lap Belt
2 = Shoulder Belt Only
3 = Lap Belt Only
4 = Child Seat, Facing Forward
5 = Child Seat, Facing Rear
6 = Child Seat, Unknown
7 = Child Booster Seat
96 = None
97 = Not Applicable
98 = Other (Explain in Narrative)
99 = Unknown

**19. Airbag**
1 = Not Deployed
2 = Deployed, Front
3 = Deployed, Side
4 = Deployed, Rear
5 = Deployed, Multiple
97 = Not Applicable
99 = Unknown

**20. Helmet Use**
1 = Not Worn
2 = Worn, Damaged
3 = Worn, Not Damaged
4 = Worn, Unk. Damage
97 = Not Applicable
99 = Unknown if Worn

**21. Solicitation**
Y = Solicit
N = No Solicit

**22. Alcohol Specimen Type**
1 = Breath
2 = Blood
3 = Urine
4 = Refused
96 = None
98 = Other (Explain in Narrative)

**23. Drug Specimen Type**
2 = Blood
3 = Urine
4 = Refused
96 = None
98 = Other (Explain in Narrative)

**24. Drug Test Result**
1 = Positive
2 = Negative
97 = Not Applicable
99 = Unknown

**25. Drug Category**
2 = CNS Depressants
3 = CNS Stimulants
4 = Hallucinogens
6 = Narcotic Analgesics
7 = Inhalants
8 = Cannabis
10 = Disassociative Anesthetics
11 = Multiple Drugs (Explain in Narrative)
97 = Not Applicable
98 = Other Drugs (Explain in Narrative)
99 = Unknown

**26. Financial Responsibility Type**
1 = Liability Insurance Policy
2 = Proof of Liability Insurance
3 = Insurance Binder
4 = Surety Bond
5 = Certificate of Deposit with Comptroller
6 = Certificate of Deposit with County Judge
7 = Certificate of Self-Insurance

**27. Vehicle Damage Rating**
In most cases, enter in the format XX-ABC-YY, where
XX is the Direction of Force (1-12),
ABC is the Damage Description 2- or 3-letter code,
and Y is the Damage Severity (0-7).

In special cases, use:
VB-1 = vehicle burned, NOT due to collision
VB-7 = vehicle catches fire due to the collision
TP-0 = top damage only
VX-0 = undercarriage damage only
MC-1 = motorcycle, moped, scooter, etc.
NA = Not Applicable (Farm Tractor, etc.)

[Vehicle damage rating diagram with clock positions 1-12 around vehicle showing FD (front), FL, FC, FR, LFQ, RFQ, LD, RD, LP, RP, L&T, R&T, LBQ, RBQ, BL, BC, BR, BD positions]

Texas Peace Officer's Crash Report - Code Sheet
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 2 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS  1/1/2010

## COMMERCIAL MOTOR VEHICLE

**28. Vehicle Operation**
1 = Interstate Commerce
2 = Intrastate Commerce
3 = Not in Commerce
4 = Government
5 = Personal

**29. Carrier ID Type**
1 = US DOT
2 = TxDOT
3 = ICC/MC
96 = None
98 = Other (Explain in Narrative)

**30. Roadway Access**
1 = Full Access Control
2 = Partial Access Control
3 = No Access Control

**31. Vehicle Type**
1 = Passenger Car
2 = Light Truck
3 = Bus (9-15)
4 = Bus (>15)
5 = Single Unit Truck 2 Axles 6 Tires
6 = Single Unit Truck 3 or More Axles
7 = Truck Trailer
8 = Truck Tractor (Bobtail)
9 = Tractor/Semi Trailer
10 = Tractor/Double Trailer
11 = Tractor/Triple Trailer
98 = Other (Explain in Narrative)
99 = Unknown Heavy Truck

**32. Hazardous Material Class Number**
1 = Explosives
2 = Gases
3 = Flammable Liquids
4 = Flammable Solids
5 = Oxidizers and Organic Peroxides
6 = Toxic Materials and Infectious Substances
7 = Radioactive Materials
8 = Corrosive Materials
9 = Miscellaneous Dangerous Goods

**33. Cargo Body Style**
1 = Bus (9-15)
2 = Bus (>15)
3 = Van/Enclosed Box
4 = Cargo Tank
5 = Flatbed
6 = Dump
7 = Concrete Mixer
8 = Auto Transporter
9 = Garbage Refuse
10 = Grain Chips Gravel
11 = Pole
13 = Intermodal
14 = Logging
15 = Vehicle Towing Another Vehicle
97 = Not Applicable
98 = Other (Explain in Narrative)

**34. Trailer Type**
1 = Full Trailer
2 = Semi Trailer
3 = Pole Trailer

**35. Sequence of Events**
1 = Non-Collision: Ran Off Road
2 = Non-Collision: Jackknife
3 = Non-Collision: Overturn Rollover
4 = Non-Collision: Downhill Runaway
5 = Non-Collision: Cargo Loss Or Shift
6 = Non-Collision: Explosion Or Fire
7 = Non-Collision: Separation of Units
8 = Non-Collision: Cross Median/Centerline
9 = Non-Collision: Equipment Failure
10 = Non-Collision: Other
11 = Non-Collision: Unknown
12 = Collision Involving Pedestrian
13 = Collision Involving Motor Vehicle in Transport
14 = Collision Involving Parked Motor Vehicle
15 = Collision Involving Train
16 = Collision Involving Pedalcycle
17 = Collision Involving Animal
18 = Collision Involving Fixed Object
19 = Collision With Work Zone Maintenance Equipment
20 = Collision With Other Movable Object
21 = Collision With Unknown Movable Object
98 = Other (Explain in Narrative)

## FACTORS AND CONDITIONS

**36. Factors and Conditions**
1 = Animal on Road - Domestic
2 = Animal on Road - Wild
3 = Backed without Safety
4 = Changed Lane when Unsafe
14 = Disabled in Traffic Lane
15 = Disregard Stop and Go Signal
16 = Disregard Stop Sign or Light
17 = Disregard Turn Marks at Intersection
18 = Disregard Warning Sign at Construction
19 = Distraction in Vehicle
20 = Driver Inattention
21 = Drove Without Headlights
22 = Failed to Control Speed
23 = Failed to Drive in Single Lane
24 = Failed to Give Half of Roadway
25 = Failed to Heed Warning Sign
26 = Failed to Pass to Left Safely
27 = Failed to Pass to Right Safely
28 = Failed to Signal or Gave Wrong Signal
29 = Failed to Stop at Proper Place
30 = Failed to Stop for School Bus
31 = Failed to Stop for Train
32 = Failed to Yield ROW - Emergency Vehicle
33 = Failed to Yield ROW - Open Intersection
34 = Failed to Yield ROW - Private Drive
35 = Failed to Yield ROW - Stop Sign
36 = Failed to Yield ROW - To Pedestrian
37 = Failed to Yield ROW - Turning Left
38 = Failed to Yield ROW - Turn on Red
39 = Failed to Yield ROW - Yield Sign
40 = Fatigued or Asleep
41 = Faulty Evasive Action
42 = Fire in Vehicle
43 = Fleeing or Evading Police
44 = Followed Too Closely
45 = Had Been Drinking
46 = Handicapped Driver (Explain in Narrative)
47 = Ill (Explain in Narrative)
48 = Impaired Visibility (Explain in Narrative)
49 = Improper Start from Parked Position
50 = Load Not Secured
51 = Opened Door Into Traffic Lane
52 = Oversized Vehicle or Load
53 = Overtake and Pass Insufficient Clearance
54 = Parked and Failed to Set Brakes
55 = Parked in Traffic Lane
56 = Parked without Lights
57 = Passed in No Passing Lane
58 = Passed on Right Shoulder
59 = Pedestrian FTYROW to Vehicle
60 = Unsafe Speed
61 = Speeding - (Over Limit)
62 = Taking Medication (Explain in Narrative)
63 = Turned Improperly - Cut Corner on Left
64 = Turned Improperly - Wide Right
65 = Turned Improperly - Wrong Lane
66 = Turned when Unsafe
67 = Under Influence - Alcohol
68 = Under Influence - Drug
69 = Wrong Side - Approach or Intersection
70 = Wrong Side - Not Passing
71 = Wrong Way - One Way Road
72 = Cell/Mobile Phone Use
73 = Road Rage
98 = Other (Explain in Narrative)

**37. Vehicle Defects**
5 = Defective or No Headlamps
6 = Defective or No Stop Lamps
7 = Defective or No Tail Lamps
8 = Defective or No Turn Signal Lamps
9 = Defective or No Trailer Brakes
10 = Defective or No Vehicle Brakes
11 = Defective Steering Mechanism
12 = Defective or Slick Tires
13 = Defective Trailer Hitch
98 = Other (Explain in Narrative)

**38. Weather Condition**
1 = Clear
2 = Cloudy
3 = Rain
4 = Sleet/Hail
5 = Snow
6 = Fog
7 = Blowing Sand/Snow
8 = Severe Crosswinds
98 = Other (Explain in Narrative)
99 = Unknown

**39. Light Condition**
1 = Daylight
2 = Dark, Not Lighted
3 = Dark, Lighted
4 = Dark, Unknown Lighting
5 = Dawn
6 = Dusk
98 = Other (Explain in Narrative)
99 = Unknown

**40. Entering Roads**
2 = Three Entering Roads - T
3 = Three Entering Roads - Y
4 = Four Entering Roads
5 = Five Entering Roads
6 = Six Entering Roads
7 = Traffic Circle
8 = Cloverleaf
97 = Not Applicable
98 = Other (Explain in Narrative)

**41. Roadway Type**
1 = Two-Way, Not Divided
2 = Two-Way, Divided, Unprotected Median
3 = Two-Way, Divided, Protected Median
4 = One-Way
98 = Other (Explain in Narrative)

**42. Roadway Alignment**
1 = Straight, Level
2 = Straight, Grade
3 = Straight, Hillcrest
4 = Curve, Level
5 = Curve, Grade
6 = Curve, Hillcrest
98 = Other (Explain in Narrative)
99 = Unknown

**43. Surface Condition**
1 = Dry
2 = Wet
3 = Standing Water
4 = Snow
5 = Slush
6 = Ice
7 = Sand, Mud, Dirt
98 = Other (Explain in Narrative)
99 = Unknown

**44. Traffic Control**
2 = Inoperative (Explain in Narrative)
3 = Officer
4 = Flagman
5 = Signal Light
6 = Flashing Red Light
7 = Flashing Yellow Light
8 = Stop Sign
9 = Yield Sign
10 = Warning Sign
11 = Center Stripe/Divider
12 = No Passing Zone
13 = RR Gate/Signal
15 = Crosswalk
16 = Bike Lane
17 = Marked Lanes
18 = Signal Light With Red Light Running Camera
96 = None
98 = Other (Explain in Narrative)