Civil Action No. 14-CV-3447 KMT

Bernard Kenneth Myers, Plantiff

Vs.

Eldon Lowell Myers Jr, et al

```
            FILED
UNITED STATES DISTRICT COURT
     DENVER, COLORADO
       APR 1 7 2015
    JEFFREY P. COLWELL
                  CLERK
```

Motion for extension of service time.

Comes now plantiff, Bernard Kenneth Myers, to respectfully request of the court a 2 week extension of

Service time for the defendants for the reason stated below.

Plantiff just recently received a small settlement from an accident on Nov 4, 2014 and had recently filed

The summons' with the court to have the defendants served. April 22, 2015 will be the deadline to have

The defendants served and plantiff will be mailing the summons' out today and wants to ensure that

There will be ample time for service to the defendants so if the court will grant an additional 2 weeks

To ensure all will be delivered an served, plantiff will be most grateful. April 22, 2015 is my current

Deadline. Thank you so very much.

*Bernard K Myers* 4-15-2015