FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:18 pm, Apr 29, 2015
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-03447-KMT

Plaintiff(s), Bernard Kenneth Myers

v.

Defendant(s). Eldon Lowell Myers Jr.

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**

Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

**CHECK ONE**

✓ all parties in this civil action **CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

___ at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | | 4/26/2015 |
| Print name | | |
| Eldon Lowell Myers Jr. | | |
| Print name | | |

Adopted January 15, 2014