**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**
**901 19TH STREET**
**DENVER, COLORADO 80294-3589**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2015

JEFFREY P. COLWELL
CLERK

**Civil Action No.** 14-CV-03447-KMT

**Plaintiff(s):** Bernard Kenneth Myers
603 E. 17th St. Big Spring, TX 79720

v.

**Defendant(s):** Eldon Lowell Myers Jr.
15 Springwood Ct. Phenix City, AL 36870

**Attorney or Party Without Attorney (Name and Address):**
Eldon Lowell Myers Jr - **Pro Se**
15 Springwood Ct, Phenix City, AL 36870

**Answer in response to Civil Action 14-CV-03447-KMT.**

1. In the prior Civil Action 11-CV-00400-KMT, filed by the Plaintiff on 3/28/2011, I was Dismissed With Prejudice. This was at the request of the Plaintiff and shown in Document 15 of that case. This request was granted by Judge Robert E. Blackburn (Court order attached). It was ordered
    a. 1. That the plaintiff's Motion To Dismiss Eldon Lowell Myers, Jr [#15] filed March 28, 2011 is GRANTED;
    b. 2. That plaintiff's claims against defendant, Eldon Lowell Myers, Jr., are **DISMISSED WITH PREJUDICE**; and
    c. 3. That defendant, Eldon Lowell Myers, Jr., is DROPPED as a named party to this action, and the case caption is amended accordingly.

It is my understanding that being Dismissed With Prejudice bars the Plaintiff from refilling the lawsuit or charge against that person. The best I was able to determine, this Complaint is a slightly modified version of the past 4 Civil Actions brought by the Plaintiff. The Plaintiff continues to group all of the Defendants together in his unintelligible claims of wrong doing. As there are only unsubstantiated allegations to the same complaints, presented in this Civil Action as was made in Civil Action No. 11-CV-00400-KMT, I request that I be Dismissed With Prejudice, from this Civil Action, and that the Plaintiff be barred from including me in any future complaints related to the allegations presented in this Civil Action.

I further request that the Plaintiff be barred from submitting additional lawsuits in this matter. The Plaintiff has filed 5 Civil Actions, and has only proven his inability to substantiate, with real evidence, any of his ludicrous and slanderous allegations. This Civil Actions is another example of the Plaintiff's filing of non-meritorious actions and abuse of the judicial process.

If, for some reason, I am not Dismissed With Prejudice from this farce of a law suit, I would ask that the Plaintiff, be required to provide real and verified evidence of his allegations – whatever they may be. In his many Civil Actions, including this one, he has repeatedly shown he does not have real evidence and expert testimony to collaborate his allegations of forgery and fraud. Proof of my statement can be shown through the rulings of the previous Civil Actions brought by the Plaintiff. I cannot understand why the Plaintiff is continually allowed to take up the Court's and the defendant's time, by the filing of these frivolous Civil Actions. Do I not have any rights or recourse to the continued harassment of the Plaintiff's use of the District Court to file frivolous law suits?

Next, I apologize to the court for my inexperience in responding to the complaint made by the Plaintiff, and for the length of this Answer to the Plaintiff's complaint(s). Due to how the complaint is presented and worded, I have done my best to distinguish what complaints and/or allegations pertained to me, and what were just unintelligible babble and ramblings. I have reviewed the supporting Exhibits, and found them to be difficult to follow and piece together with whatever allegations he had attempted to make in the course of his ramblings. At this time I have not retained council to defend against these allegations, but I state that for each allegation of wrong doing on my part, which may have been made the Plaintiff, I am not guilty.

2. In regard to the paperwork severed by the Russell County Sherriff's Office, a summons was not provided or received. I have attempted, on multiple occasions, to verify that no summons was included or if it was, that it be delivered. Neither the Colorado District Court Cleric's office nor the Russell County Sherriff's Department was able to answer if the original Complaint (14-CV-03447-KMT) included a summons. If there is a summons for this Civil Action, I ask that it be provided by the Plaintiff.

3. Included with the Answer to the Plaintiff's Civil Action, I have included the completed form titled *Consent Form Pursuant To Pilot Program To Implement The Direct Assignment Of Civil Cases To Full Time Magistrate Judges*, and provided my CONSENT.

Respectfully,

*[signature]*

Eldon Lowell Myers Jr.