April 27, 2015

Bernard Kenneth Myers
603 East 17th Street
Big Spring, TX 79720

```
                FILED
        UNITED STATES DISTRICT COURT
            DENVER, COLORADO

            APR 29 2015

        JEFFREY P. COLWELL
                CLERK
```

Reference: Civil Action No. 14-CV-03447 KMT

Mr. Myers;

In response to the above Civil Action listing me as a defendant and received by me on April 24, 2015:

I retired from the Loveland Police Department in 2004. During my employment there as the Accreditation Manager, I was never under the supervision of Sally Myers. This may be confirmed with the Human Resources Department of the City of Loveland.

I am not aware of any of the allegations in this action.

Please remove my name from this Civil Action.

Sincerely,

*Dana Woodhams*

Mrs. Dana Woodhams
1181 Haffner Court
Loveland, CO 80537

Cc: United States District Court, Clerk's Office
Alfred A. Arraj, United States Courthouse, Room A105
901 19th Street
Denver, CO 80294