Civil Action No 14-CV-03447 KMT

BERNARD KENNETH MYERS

VS.

ELDON LOWELL MYERS JR., ET AL

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAY 4 = 2015

JEFFREY P. COLWELL
CLERK

MOTION FOR EXTENSION OF SERVICE TIME AND STATUS UPDATE ON CASE,

COMES NOW PLANTIFF, BERNARD KENNETH MYERS, PLANTIFF AND PROSE TO RESPECTFULLY REQUEST AN ADDITIONAL 5 DAYS FOR DELIVERY OF SUMMONS TO DEFENDANT DEE ANN BEAMAN AS PLANTIFF LEARNED YESTERDAY FROM THE LARIMER COUNTY SHERIFF THAT THE ADDRESS FOR MS. BEAMAN FELL WITHIN THE JURISDICTION OF WELD COUNTY'S PORTION OF WINDSOR COLORADO. I AM SO SORRY FOR THIS REQUEST BUT IT IS EXTREMELY VITAL THAT MS. BEAMAN NOT BE DISMISSED FROM THE INSTANT ACTION AS SHE IS THE NOTARY WHO NOTORIZED THE FORGED WILL THAT MR. HUMMEL PRESENTED TO THE COURT IN 11-CV-00400 KMT-KLM IN 2011 WHICH ALSO HAS TWO OTHER DEFENDANTS NAMED IN THIS SUIT AS WITNESSES.

ALSO THE LARIMER COUNTY SHERIFF INFORMED ME YESTERDAY THAT DEFENDANT ALICE JANE GARLAND HAS PASSED AWAY EARLIER THIS MONTH. PLANTIFF RESPECTFULLY REQUESTS THAT THE EVIDENCE AGAINST MS. GARLAND BE ALLOWDED TO REMAIN AND THAT SHE STILL BE INCLUDED IN THE INSTANT ACTION IN HER OFFICIAL CAPACITY IF IT IS DETERMINED THAT HER INDIVIDUAL CAPACITY NO LONGER APPLIES. I BELIEVE I MAILED THE SUMMONS IN TIME TODAY TO MEET THE CURRENT DEADLINE FOR THE ISSUANCE OF THE SUMMONS BUT I WOULD FEEL SAFER TO BE IN COMPLIANCE IF THE COURT WOULD GRANT THE NEW EXTENSION. THANK YOU SO VERY MUCH.

BERNARD KENNETH MYERS, PLANTIFF

*Bernard Kenneth J. Myers*   04-28-2015