Civil Action No. 14-CV-03447 KMT

BERNARD KENNETH MYERS, PLANTIFF

VS.

ELDON LOWELL MYERS JR, ET AL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 4 - 2015

JEFFREY P. COLWELL
            CLERK

MOTION FOR SUMMONS SERVICE EXTENSION AND STATUS UPDATE.

COMES NOW PLANTIFF, BERNARD KENNETH MYERS, PLANTIFF AND PROSE TO RESPECTFULLY REQUEST OF THE COURT TO EXTEND THE SERVICE DEADLINE FOR THE REASONS STATED BELOW.

YOUR HONOR, THE LARIMER COUNTY SHERIFF'S DEPARTMENT HAS BEEN TRYING UNSUCCESSFULLY TO SERVE THE LAST 3 DEFENDANTS IN LARIMER COUNTY, DORWIN DWAYNE HUMMEL, ELIZABETH MARKHAM AND STEVE FRANCIS FOR THE PAST 9 DAYS TO NO AVAIL. IT APPEARS THE OTHER DEFENDANTS WERE CAUGHT COMPLETELY BY SURPRISE BY THEIR SUMMONS' AND WARNED THE OTHER DEFENDANTS OF THE PENDING SERVICE AND, IN SHORT, ARE RUNNING SCARED. THE LARIMER COUNTY SHERIFF CIVIL SUMMONS DEPARTMENT SAID THAT THEY WOULD CONTINUE TO TRY TO SERVE THEM UP TO THE 12TH OF MAY. AS FOR DEFENDANT DEE ANN BEAMAN, WHO RESIDES IN WELD COUNTY, IT REMAINS TO BE SEEN IF SHE WILL ALSO AVOID SUMMONS SERVICE. YOUR HONOR THESE 3 DEFENDANTS ARE VITAL TO THIS CASE FOR ITS SUCCESS. THEREFOR I MUST RESPECTFULLY REQUEST THE DEADLINE BE EXTENDED WELL INTO MAY AT LEAST TO THE 30TH TO ENSURE A SUCCESSFULL DELIVERY AND SHOULD THE LARIMER COUNTY SHERIFF'S DEPT BE UNSUCCESSFUL THEN PLANTIFF WILL RESPECTFULLY REQUEST OF THE COURT TO PLEASE USE THE U.S. MARSHALL'S SERVICE FOR THE EXECUTION OF SERVICE. I AM SO SORRY AS I HAD SENT ANOTHER MOTION YESTERDAY FOR ANOTHER EXTENSION

BUT I FOUND OUT ALL OF THIS AFTER THAT FACT AND WAS FORCED TO COME TO YOU AGAIN FOR ANOTHER EXTENSION TO ENSURE THE SUCCESS OF DELIVERY. I ALSO RETAINED THE SERVICES OF FORENSIC FINANCIAL SERVICES TO ALSO SEARCH FOR OTHER ADDRESSES TO SERVE THE DEFENDANTS. THIS COMPANY SPECIALIZES IN JUDGEMENT ENFORCEMENT AND IS HEADED BY JOE DICKERSON THE CHAIRMAN AND CEO WHO HAS PERSONALLY TAKEN A STRONG INTEREST IN THIS CASE AND IS WILLING TO USE HIS RESOURCES TO OBTAIN OTHER ADDRESSES FOR ME AT NO CHARGE AS HE IS A GOOD FRIEND OF MINE. PLEASE GRANT THIS REQUEST FOR ME AS IT WILL SERVE JUSTICE IN THE LONG RUN FOR MY FATHER AND I. I WILL CONTINUE TO KEEP THE COURT ADVISED AS TO THE SITUATION. THANK YOU SO VERY MUCH.

BERNARD KENNETH MYERS, PLANTIFF

*Bernard Kenneth Myers* _____ 04-29-2015