# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Action Number: 2014-cv-03447-KMT

Bernard Kenneth Myers,

    Plaintiff,

v.

Eldon Lowell Myers, Jr
Dorwin Dwayne Hummel
Alice Jane Garland
Elizabeth Markham
Deborah Lawrence
Dee Ann Beaman
Dana D. Woodhams
Steven Francis
Ryan Clement
Paul Gordon
Steve McWhirter,

    Defendants.

---

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT

---

Defendants Paul Gordon and Steve McWhirter, pursuant to FRCP 6, request a two-week extension of time to file an Answer or other responsive document to the plaintiff's Complaint, stating as follows:

*Certificate of Conferral: The undersigned's office has conferred in good faith with the plaintiff. Specifically, the undersigned spoke with the plaintiff by telephone on May 10, 2015. The plaintiff opposes the relief sought in this motion.*

Answers or other responsive documents for Defendant Gordon and Defendant McWhirter are currently due on May 11, 2015. Their office has been preparing for a week-long trial in Denver District Court beginning on May 11. Additionally, Defendant McWhirter is in the process of moving and has very little knowledge of the facts of Myers's case. Therefore, they request a two-week extension of time, until May 25, 2015, to file an Answer or other responsive document. No party will be prejudiced by the granting of this motion.

FOR THESE REASONS, Defendant Gordon and Defendant McWhirter request this Court to GRANT this motion, to permit them to file an Answer or other responsive pleading on or before May 25, 2015, and to grant such further relief as this Court deems just.

RESPECTFULLY submitted this 10th day of May, 2015.

                              Gordon & McWhirter LLC

                              */s/Paul Gordon*
                              Paul Gordon
                              5500 East Yale Avenue, Suite 300
                              Denver, Colorado  80222
                              Telephone: (303) 756-0800
                              Email: smcwhirter@gorlaw.com

## CERTIFICATE OF SERVICE PURSUANT TO F.R.C.P. 5

I certify that on this 10th day of May, 2015, a true copy of this **Motion for Extension of Time to File Answer or Other Responsive Pleading to Complaint** was served by Internet or U.S. Mail, postage prepaid to the following:

Bernard Kenneth Myers
603 East 17th Street
Big Springs, Texas 79720

Alice Jane Garland
1852 Albany Avenue
Loveland, Colorado 80538

Eldon Lowell Myers, Jr.
15 Springwood Court
Phoenix City, Alabama 36870

Deborah Lawrence
1419 Effie Court
Loveland, Colorado 80537

Dorwin Dwayne Hummel
3339 CR 4 W
Berthoud, Colorado 80513

Steven Francis
227 South Howes Street
Ft. Collins, Colorado 80521

*/s/ Charles Early*
Charles Early