

| City and County of Denver Michael Hancock Mayor | | DSD Civil Division 201 W Colfax Ave 1st fl Denver, CO 80202 720-865-9556 |

**Report Name:** Invoice Print                                   **Report Date**   Tuesday, April 21 2015

| Jacket Id | Court Case Number | Entry Date | Service Name |
|---|---|---|---|
| 0203446 | 14-CV-03447 KMT | 17 APR 2015 | Summons |

| Name Type | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Plaintiff | BERNARD KENNETH MYERS | 603 E 17TH ST | BIG SPRING | TX | 79720 |
| Defendant | PAULE GORDON | | Denver | CO | |
| To Be Served | PAULE GORDON | 5500 YALE AVE SUITE 300 | Denver | CO | 80222 |

**Total Charges** $ 42.70      **Prepaid Amount** $ 42.70      **Balance Due** $ .00

This is a statement of balance due. Please remit upon receipt. Thank You.

**Finding:** Served

**Comments:** PERSONALLY SERVED

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2015

JEFFREY P. COLWELL
CLERK

| City and County of Denver<br>Michael Hancock<br>Mayor |  | DSD Civil Division<br>201 W Colfax Ave 1st fl<br>Denver, CO 80202<br>720-865-9556 |
|---|---|---|

# PERSONAL SERVICE

*MJK*

STATE OF COLORADO         } ss.            Case Number: 14-CV-03447 KMT
CITY AND COUNTY OF DENVER  } ss.           Jacket Number: 0203446

I do hereby certify that I have duly served the within Summons by handing to and leaving with the therein named, PAULE GORDON personally, a true copy thereof, with attachments listed below,  at 5500 YALE AVE SUITE 300 in the City and County of Denver, State of Colorado, on 04-20-2015 at 12:10 PM hours.

By _____
Andrew Cross
Deputy Sheriff

Operator Code: POITRAJ


Return Date  April 21, 2015 10:55 AM

Comments: PERSONALLY SERVED

Attachments:
  SUMMIONS IN A CIVIL ACTION
   COVER SHEET
  COMPLAINT
  EXHIBIT 1 – 22
  PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL
    CASES
  NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE