| UNITED STATES DISTRICT COURT Court   County, CO CO | **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO |
|---|---|
| BERNARD KENNETH MYERS<br>v.<br>DEE ANN BEAMAN ET AL | MAY 1 1 2015<br>JEFFREY P. COLWELL<br>CLERK |
| | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>BERNARD KENNETH MYERS<br>603 EAST 17TH STREET<br>BIG SPRINGS, TX 79720<br>Phone Number:<br>Atty. Reg. #: | Case Number: 14CV03447 KMT<br>Sheriff Number: 15000985<br><br>Division        Courtroom |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served <u>Summons, Complaint, Exhibits, Notice</u> on the Defendant/Respondent in Larimer on <u>4/25/2015</u> at <u>4:05 PM</u> at the following location:<u>1181 HAFFNER COURT LOVELAND, CO 80537</u>

By handing the documents to a Defendant/Respondent identified to me as: DANA D WOODHAMS.

**I have charged the following fees for my services in this matter:**
Sheriff:    Justin E. Smith           County:    Larimer

Fee: Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee

Signature of Process Server
Karen Mianecki
Name (Print or type)

Subscribed and affirmed, or sworn to before me in the County of Larimer State of Colorado 27 day of April, 2015

My Commission Expires: 092515

Notary Public

JDF 98    R9/10    AFFIDAVIT OF SERVICE

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  14-CV-03447 KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                          *Server's signature*

                          _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc: