FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 2 2015

JEFFREY P. COLWELL
CLERK

May 11, 2015

Bernard Kenneth Myers

603 East 17th Street

Big Spring, TX 79720

*MSK*

Civil Action No. 14-CV-03447-KMT

Plaintiff(s):   Bernard Kenneth Myers

603 E. 17th St.  Big Spring, TX 79720

Defendant(s):  Dorwin Dwayne Hummel

3339 W. County Road 4, Berthoud, CO 80513

Attorney or Party Without Attorney (Name and Address): Pro Se  Dorwin Dwayne Hummel

This is now the fifth lawsuit Plaintiff has filed in this court concerning the disposition of his late father's estate. See Myers v. Hummel, No. 11-cv-00400-KMT (D. Colo. Mar. 26, 2012) (diversity action dismissed with prejudice on summary judgment)

Dorwin Dwayne Hummel having been DISMISSED WITH PREJUDICE .

Please remove my name from this Civil Action

Sincerely,

*Dwayne Hummel*

Mr. Dorwin Dwayne Hummel

Cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

Alfred A. Arraj, United States courthouse, Room A105

901 19TH STREET

DENVER, COLORADO 80294-3589