FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2015

JEFFREY P. COLWELL
CLERK

May 13, 2015

Bernard Kenneth Myers

603 East 17th Street

Big Spring, TX 79720

Civil Action No. 14-CV-03447-KMT

Plaintiff(s):   Bernard Kenneth Myers

603 E. 17th St.  Big Spring, TX 79720

Defendant(s):  Dorwin Dwayne Hummel

3339 W. County Road 4, Berthoud, CO 80513

Attorney or Party Without Attorney: **Pro Se**  Dorwin Dwayne Hummel

**Answer in response to Civil Action 14-cv-03447-KTM**

This is now the fifth lawsuit Plaintiff has filed in this court concerning the disposition of his late father's estate. See Myers v. Hummel, No. 11-cv-00400-KMT (D. Colo. Mar. 26, 2012) (diversity action dismissed with prejudice on summary judgment); Myers v. City of Loveland, Colo., No. 12-cv-02317-REB-KLM (D. Colo. July 8, 2013) (civil rights action dismissed with prejudice as time-barred and for failure to state a claim); Myers v. Estate of Sally Myers, No. 13-cv-01909-LTB (D. Colo. Jan. 17, 2014) (diversity action dismissed without prejudice pursuant to Rule 8 and 41(b) of the Federal Rules of Civil Procedure for failure to file a second amended complaint as directed within the time allowed); Myers v. Hummel et al., No. 14-cv-00446-LTB (D. Colo. Nov. 12, 2014) (diversity action dismissed under the probate exception to diversity jurisdiction and the Rooker-Feldman doctrine).

In document 16 of this current case the court states "Based on a review of these cases, the court finds a substantial likelihood that this case is barred by the **doctrine of res judicata** - also known as claim preclusion. Under this doctrine, final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in the prior action."

In the first case Myers v. Hummel No. 11-cv-00400-KMT (D. Colo. Mar. 26, 2012)

(diversity action dismissed with prejudice on summary judgment)

Dorwin Dwayne Hummel having been **DISMISSED WITH PREJUDICE** .

Please remove my name from this Civil Action

Sincerely,


Mr. Dorwin Dwayne Hummel

Cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

Alfred A. Arraj, United States courthouse, Room A105

901 19TH STREET

DENVER, COLORADO 80294-3589