**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-CV-3447-KMT

BERNARD KENNETH MYERS,

**Plaintiff,**

v.

ELDON LOWELL MYERS, JR., executor and personal representative of Eldon Lowell Myers, Sr., DORWIN DWAYNE HUMMEL, executor and personal representative of Sally A. Myers, ALICE JANE GARLAND, in her individual and official capacities, ELIZABETH MARKHAM, in her individual and official capacities, DEBORAH LAWRENCE, in her individual and official capacities, DEE ANN BEAMAN, in her individual and official capacities, DANNA D. WOODHAMS, in her individual and official capacities, STEVEN FRANCIS, attorney at law, RYAN CLEMENT, attorney at law, PAUL GORDON, attorney at law, and STEVE MCWHIRTER, attorney at law.

**Defendants.**

**ENTRY OF APPEARANCE**

KIMBERLY B. SCHUTT and the law firm of Wick & Trautwein, LLC, 323 South College Avenue, Suite 3, Fort Collins, CO 80524, telephone 970-482-4011, hereby enter their appearance on behalf of Defendants Elizabeth Markham, Deborah Lawrence, Dee Ann Beaman and Dana D. Woodhams.

DATED this 15th day of May, 2015.

WICK & TRAUTWEIN, LLC


By: *s/Kimberly B. Schutt*
Kimberly B. Schutt
323 S. College Avenue, Suite 3
Fort Collins, Colorado  80524
Telephone:  (970) 482-4011
Fax:  (970) 482-8929
kschutt@wicklaw.com
*Attorneys for Defendants Markham, Lawrence, Beaman and Woodhams*

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system, and served a copy of the same to the following via U.S. mail, as follows:

Bernard Kenneth Myers
603 East 17th Street
Big Spring, Texas 79720
*Plaintiff*

Dorwin Dwayne Hummel
3339 W. County Road 4
Berthoud, CO  80513


*s/Jody L. Minch*
Paralegal to Kimberly B. Schutt