# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### STATE OF COLORADO
### CERTIFICATE OF DEATH

**STATE FILE NUMBER:**

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Alice Jane GARLAND |
| 2. SEX | Female |
| 3. DATE OF DEATH (Month, Day, Year) | April 10, 2015 |
| 4. SOCIAL SECURITY NUMBER | [redacted] |
| 5a. AGE (Years) | 79 |
| 6. DATE OF BIRTH | October 18, 1935 |
| 7. BIRTHPLACE | Akron, Ohio |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 9a. PLACE OF DEATH | Assisted Living/Nursing Home |
| 9b. FACILITY NAME | Green Houses at Mirasol |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Loveland |
| 9d. COUNTY OF DEATH | Larimer |
| 10a. DECEDENT'S USUAL OCCUPATION | Administrative Assistant |
| 10b. KIND OF BUSINESS/INDUSTRY | Law Enforcement |
| 11. MARITAL STATUS | Widowed |
| 12. SPOUSE | Gerald Garland |
| 13a. RESIDENCE - STATE | Colorado |
| 13b. COUNTY | Larimer |
| 13c. CITY, TOWN, OR LOCATION | Loveland |
| 13d. STREET AND NUMBER | 1852 Albany Avenue |
| 13e. INSIDE CITY LIMITS? | Yes |
| 13f. ZIP CODE | 80538 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 15. RACE | White |
| 16. EDUCATION | 12 |
| 17. FATHER - NAME | Loren Alspach |
| 18. MOTHER - NAME | Alice Eckfield |
| 19. INFORMANT - NAME | Glenn Garland - Son |
| 20a. METHOD OF DISPOSITION | Cremation |
| 20b. PLACE OF DISPOSITION | Viegut Cremation Center |
| 20c. LOCATION | Loveland, Colorado |
| 21b. NAME AND ADDRESS OF FACILITY | Viegut Funeral Home, 1616 N. Lincoln Ave., Loveland, Colorado 80538 |
| 22b. DATE FILED | April 16, 2015 |
| 23. TIME OF DEATH | 11:55 AM |
| 24. DATE AND TIME PRONOUNCED DEAD | April 10, 2015, 11:55 AM |
| 25. WAS CORONER NOTIFIED? | No |
| 26b. DATE SIGNED | 04-14-2015 |
| 26c. NAME AND MAILING ADDRESS OF SIGNING PHYSICIAN | Elaine Sarazin, MD, 5920 McIntyre St, Golden CO 80403 |
| 29. MANNER OF DEATH | Natural |
| 30. DID TOBACCO USE CONTRIBUTE TO DEATH | Unknown |
| 33. IMMEDIATE CAUSE (a) | Carcinoma of Breast |
| Interval | months |
| 34. AUTOPSY | No |

133-333

**EXHIBIT A**

APR 16 2015
DATE ISSUED

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

RONALD S. HYMAN
STATE REGISTRAR

*007309541*

REV 08/14