Civil Action No. 14-CV-03447 MSK-KMT

Bernard Kenneth Myers, Plantiff

vs.

Eldon Lowell Myers jr, et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2015

JEFFREY P. COLWELL
CLERK

Response to defendant Eldon Lowell Myers jr's, response to plantiff's complaint.

Comes now plantiff, Bernard Kenneth Myers, plantiff and prose to respond to defendant Eldon Lowell Myers jr's response to refute and to explain to the court why this case should not be dismissed under the claim preclusion clause for the reasons stated below.

Under normal circumstances the claim preclusion would apply except under extraordinary circumstances and the circumstances surrounding this case are extremely extraordinary. The elements of the fraud and other crimes as well as the multitude of individuals and agencies involved are beyond unheard of. With the multitude of forged instruments involved(that the Larimer County chief investigator, Elliot Phelps, himself said as a statement of fact, "that it would be a slam dunk for the crime of forgery and that he understands why that I would think that defendants Garland, Markham, Lawrence, Woodhams and Beaman helped Ms. Sally A. Myers to commit these crimes")that included a quitclaim deed, 2 non appearance affidavits, a decree of dissoloution of marriage, a seperation agreement(that in its self was full of red flags as seen by Sally A. Myers claiming that she inherited the property located at 3333 w. co. rd 4 berthoud co. 80513 while the next line below she had my father execute a quit claim deed. If she did in fact inherit the property there would be no need for a quit claim deed as my father would have been entitled to nothing from an inheritance)a decree of dissoloution of marriage, a will, supposedly of my late fathers etc. To put it short, my forensic document analyst would confirm forgery on all documents while the defendants examiner would say no forgeries, so rather then waste the courts and jurys time with such trivial bickering, any normal person would clearly see that the documents in question are a fraud. Defendant Eldon Lowell Myers jr

claims that he reviewed the documents attached and what I was alledging and could not make sense of it. A normal average person with an I.Q. Of at least 5 would have put 2 and 2 together in that regard. Defendat Eldon Lowell Myers jr. say's he wants "real evidence". I have provided real evidence in the form of these forged instruments that defendant Eldon Lowell Myers jr. cannot dispute. Defendant Eldon Lowell Myers jr. asks about whether or not he has any rights in this matter so I will ask the court the same. Do I not have rights as well, does my deceased father, who relied on defendant Eldon Lowell Myers Jr. to protect his interests as well as mine, who left our sick, defenseless father, who was in a wheelchair at the mercy of Sally and her son as well as the other defendants named in this action all so that Sally A. Myers could fraud my father out of everything he owned? I have provided "real" evidence. Perhaps defendant Eldon Lowell Myers jr could provide some real evidence of his own, say in the form of all financial records of his and his wife's for the last 13 years?, including tax filings, property acquisitions etc?

Your honor(s) I am not filing frivolis lawsuits that lack merit. Quite the contrary, I have provided undisputed evidence in the form of documents, emails and letters to support my claims. Also, my first attorney, Steven Francis, interviewed Defendant Eldon Lowell Myers jr on april 8, 2008 to which Eldon jr. said that he would like to be added on to my lawsuit but he had no money and he also told Mr. Francis that our dad's and Sally's divorce was not a "real divorce" and that he had a combination will(I've never heard of a combination will nor had Mr. Francis)that he would make available as soon as possible as well as copies of our fathers signature for the document analyst. See exhibit 23 for the dates of these events. Dewfendant Eldon Lowell Myers jr's request for claim preclusion should be denied for the extraordinary circumstances involved and at a minimum be forewarded to the U.S. Attorney's office for criminal charges and prosecution. Plantiff prays that the court will allow this case to continue and that justice be served. Thank you.

                                        Bernard Kenneth Myers, Plantiff

                              _/s/ Bernard K. Myers_   5-15-15

## Howard and Francis, LLP
227 South Howes Street
P.O. Box 2132
Fort Collins, CO 80521

Ph:(970) 484-6284        Fax:(970) 484-6551

May 6, 2008

BERNIE MYERS
603 E. 17TH
BIG SPRINGS, TEXAS 78720

File #:  1029-001
Inv #:   15742

Attention:
RE:

| DATE | DESCRIPTION | LAWYER | FEES |
|---|---|---|---|
| Apr-02-08 | TELEPHONE CONFERENCE WITH CLIENT; RESEARCH REGARDING DOCUMENT EXAMINER | SGF | |
| Apr-04-08 | REVIEW CLIENT'S WILL FILE | SGF | |
| Apr-08-08 | TELEPHONE CONFERENCE WITH CLIENT; TELEPHONE CONFERENCE WITH ELDON; RESEARCH; LETTER TO IVEY; LETTER TO CLIENT | SGF | |
| Apr-14-08 | LETTER TO CLIENT REGARDING MYERS ESTATE FILE; REVIEW WILL AGAIN | SGF | |
| Apr-15-08 | TELEPHONE CONFERENCE WITH LEE REGARDING ZIMMERMAN; LETTER TO CLIENT; LETTER TO ELDON MYERS; REVIEW INFORMATION FROM FORENSIC EXAMINERS | SGF | |
| Apr-16-08 | LETTER TO CLIENT ENCLOSING INFORMATION FROM HANDWRITING EXPERTS; LETTER TO ELDON MYERS REGARDING COMBINATION WILL | SGF | |
| | Totals | | $1,060.00 |

EXHIBIT
23

Civil Action No. 14-CV-03447 MSK-KMT

Bernard Kenneth Myers, Plantiff

vs.

Dana D. Woodhams, et al

Response to defendant Dana D. Woodhams response and request to be taken off the instant action.

Comes now plantiff, Bernard Kenneth Myers to respond to defendant Dana D. Woodhams request to be dropped for the instant action on the grounds that she knows nothing about this and to request of the court that Ms. Woodhams remain as a named defendat for the reason stated below.

Your honor(s), Ms. Woodhams was committing perjury when she claimed to the court that she has no knowledge of this case or the forgeries named therein to which she was a participant of. As the court can clearly see, Ms. Woodhams signed a forged will of my late aunt Bessie's will. See exhibit 24, as a witness on said exhibit. Surely this document will jog her memory to that incident. She, as well as other named defendants, are on the document in question. Ms. Woodhams clearly lied at saying she had no knowledge of this matter when her signature clearly appears on this document unless she is ready to claim that her signature was forged on this document. Plantiff prays that Ms. Woodhams request be denied and that she remain a party to the instant action. Thank you.

Bernard Kenneth Myers, Plantiff

*Bernard K. Myers* 5-15-15

# Last Will and Testament

## of

### BESSIE M. MYERS

EXHIBIT 24

ELDERLY LEGAL ASSISTANCE
JOSEPH BROWN, ATTORNEY

201 LaPorte Ave., Suite 100
Fort Collins, CO 80521-2761
(970) 498-6100

**LAST WILL AND TESTAMENT OF
BESSIE M. MYERS**

I, BESSIE M. MYERS, also known as Bessie Mae Myers, a resident of Larimer County, Colorado, do hereby declare this to be my Last Will and Testament and hereby revoke any and all Wills and Codicils previously made by me.

## ARTICLE I - DEBTS AND TAXES

I direct that all my just debts and funeral expenses and all taxes that may be assessed as a consequence of my death shall be paid from my estate as part of the expense of the administration of my estate as soon as practicable after my decease.

## ARTICLE II - STATEMENT AS TO FAMILY

I have no children, living or predeceased.

## ARTICLE III - SPECIFIC PERSONAL PROPERTY AND RESIDURAY BEQUESTS

If at the time of my death, I own any interest in the real property known as 635 West 2nd Street, Loveland, Colorado, I give such property to **ELDON L. MYERS, SR.** and **SALLY A. MYERS** share and share alike.. I give certain personal and household effects in accordance with a memorandum which I intend to leave at my death. If for any reason no such memorandum is in existence at the time of my death, or if any such memorandum fails to dispose of all of such property effectively, then I give such property, or the undisposed portion thereof, together with all of my residuary estate to **ELDON L. MYERS, SR** and **SALLY A. MYERS** share and share alike.

## ARTICLE IV - PERSONAL REPRESENTATIVE

I appoint **SALLY A. MYERS** as my personal representative to serve without bond. If she shall fail or refuse, or be unable to serve for any reason, I appoint **ELDON L. MYERS, JR.**, the executor of my Will.

## ARTICLE V - NO BOND

I direct that no fiduciary of this my Last Will and Testament shall be required to post any bond for the faithful performance of their duties in this or any other jurisdiction.

MAY-15-2009 09:51A FROM:   TO:13038694871   P.4/5

On the 9th day of October, 20 03, I executed my Last Will and Testament, and at Article III of said Will I declared that some of my personal property and/or household effects would be disposed of in accordance with a memorandum writing.

I, BESSIE M. MYERS hereby make this Memorandum for the purpose of disposing of some of my personal and/or household effects in compliance with said Will.

| ITEM OF TANGIBLE PERSONAL PROPERTY | BENEFICIARY |
|---|---|
| Bedroom Set made by Martin Myers | Carolyn Jump |

In the event that any person to whom I have bequeathed property in this Memorandum should not survive me, then the property which I have bequeathed to him/her shall lapse and pass as otherwise provided in my Last Will and Testament.

_Dana D. Woodhams_
Witness

_Bessie M. Myers_
Bessie M. Myers

COL 0022

Mar 27 2009 11:53AM   HP LASERJET FAX                                                    p.7

...of sound mind, and under no constraint or undue influence, [and that I am eighteen years of age or older,]

_Bessie M. Myers_
**BESSIE M. MYERS**, Testatrix

We __Jane Garland__ and __Dana Woodhams__, the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that BESSIE M. MYERS signs and executes this instrument as her last Will and that she signs it willingly and that she executes it as her free and voluntary act for the purposes therein expressed, and that each of us, in the conscious presence of BESSIE M. MYERS hereby sign this Will as witness to her signing, and that to the best of our knowledge BESSIE M. MYERS is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Jane Garland_
Witness

_Dana D. Woodhams_
Witness

STATE OF COLORADO  )
                   ) SS.
COUNTY OF LARIMER  )

Subscribed and sworn to, and acknowledged before me by BESSIE M. MYERS, and subscribed and sworn to before me by __Jane Garland__ and __Dana Woodhams__, witnesses, on __October 9__, 20_03_. Witness my hand and official seal.

My commission expires ~~04/04/02~~ 10-25-06

(SEAL: ELIZABETH MARKHAM / NOTARY PUBLIC / STATE OF COLORADO)

_Elizabeth Markham_
Notary Public

Last Will and Testament of Bessie M. Myers
Page 2 of 2

COL 0030