AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BERNARD KENNETH MYERS )
)
_Plaintiff_ )
) Civil Action No. 14-CV-03447 KMT
v. )
DEE ANN BEAMAN )
)
_Defendant_ )

**RECEIVED**
APR 30 2015

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2015

JEFFREY P. COLWELL
CLERK

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ DEE ANN BEAMAN
11092 STATE HWY 392
WINDSOR CO. 80550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     BERNARD KENNETH MYERS
603 E. 17TH ST.
BIG SPRING, TX. 79720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/10/2015

Signature of Clerk or Deputy Clerk

1910

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  14-CV-03447 KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dee Ann Beaman__
was received by me on *(date)* __4-30-2015__.

☒ I personally served the summons on the individual at *(place)* __11092 Highway 392,__
__Windsor, CO 80550__ on *(date)* __5-1-2015__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __8.32__ for travel and $ __35.00__ for services, for a total of $ __43.32__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __5-1-15__

*James Dillard*
Server's signature

__James Dillard__
Printed name and title

__1950 "O" St., Greeley, CO 80631__
Server's address

Additional information regarding attempted service, etc:



Law Administration Building
1950 O Street
Greeley, CO 80631
Phone 970-356-4015

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 18 2015**

JEFFREY P. COLWELL
CLERK

## Receipt
Your Reference Number:

**2015120002-20**
04/30/2015 2:14 PM

### TRANSACTIONS

Summons and Complaint                                                    $43.32
2015120002-20-1

|                          |                          |
|--------------------------|--------------------------|
| RECEIVED FROM:           | BERNARD KENNETH MYERS    |
| ADDRESS:                 | 603 E 17TH ST            |
| CITY:                    | BIG SPRINGS              |
| STATE:                   | TX                       |
| ZIP CODE:                | 79720                    |
| PHONE NUMBER:            | 4329356425               |
| REMARKS:                 | MONEY GRAM 10673070584   |

✓ DEFENDANT-WITNESS SERVED:
___ DEFENDANT-WITNESS COULD NOT BE SERVED:
✓ AFFIDAVIT AND ORIGINAL DOCUMENT ATTACHED:
___ AFFIDAVIT AND ORIGINAL DOC RETURNED TO COURT:

| DESCRIPTION           | AMOUNT  |
|-----------------------|---------|
| Processing Fee        | $35.00  |
| Notary Fees           | $0.00   |
| Additional Serving Fee| $0.00   |
| Mileage Fees          | $8.32   |

**TOTAL AMOUNT:** $43.32

### PAYMENT
Check                                                                    $43.32

Thanks and have a great day!