| | |
|---|---|
| UNITED STATES DISTRICT COURT Court   County, CO CO<br><br>BERNARD KENNETH MYERS<br>v.<br>DEE ANN BEAMAN ET AL | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 18 2015<br><br>JEFFREY P. COLWELL<br>CLERK<br><br>▲ COURT USE ONLY *msk* ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>BERNARD KENNETH MYERS<br>603 EAST 17TH STREET<br>BIG SPRINGS, TX 79720<br>Phone Number:<br>Atty. Reg. #: | Case Number: 14CV03447 KMT<br>Sheriff Number: 15000985<br><br>Division          Courtroom |
| **AFFIDAVIT OF SERVICE** | |

I declare under oath that I am 18 years or older and not a party to the action and that I served <u>Summons, Complaint, Exhibits, Notice</u> on the Defendant/Respondent in Larimer on <u>4/30/2015</u> at <u>10:02 AM</u> at the following location: <u>1603 TAFT AVENUE LOVELAND, CO 80538</u>

By leaving the documents with <u>KAREN REES, FOR ELIZABETH MARKHAM</u> who as <u>H.R. MANAGER</u> is authorized by appointment or by law to receive service of process.

I have charged the following fees for my services in this matter:
Sheriff:   Justin E. Smith            County:    Larimer

Fee: Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($20.00) Mileage - Civil ($28.60) Service Fee

Signature of Process Server

Karen Mianecki
Name (Print or type)

Subscribed and affirmed, or sworn to before me in the County of Larimer State of Colorado
1 day of May, 2015

My Commission Expires: 5/2/16

Notary Public

JDF 98    R9/10    AFFIDAVIT OF SERVICE

```
04/20/15              RUSSELL COUNTY SHERIFF'S DEPARTMENT                    389
13:41                    Civil Process Service Worksheet          Page:        1

PROCESS:
Process Number : 150400411              Tm/Dt Receivd: 13:39:54 04/20/15
Agency         : RCSO                   Court Case No: 14-cv-3447 KMT
Date Issued    : 04/10/15               Court Code   : OTOS Copies: 1
Expiration Date: **/**/**               Court Date   : **/**/**
Date Returned  : **/**/**               Judge Name   : Colorado

                                        vs. Eldon Lowell Myers Jr.
_____     _____
Plaintiff                               Defendant

PAPERS TO SERVE: Summons

PERSON TO SERVE: Eldon Lowell Myers Jr. (Defendant    )
Address        : 15 SPRINGWOOD CT; MEADOWOOD SUBD
City, State, Zp: Phenix City, AL  36870          Phone: (  )    -
Birth Date     : **/**/**                        Alert Codes:

OFFICER ASSIGNED: 1st Shift North  Disposition: ACT  Location:

SERVICE REQUIREMENTS:
(none)

SERVICE ATTEMPTS:
Time    Date      Miles    Officer         Misc. Comments
```

COMPLETED SERVICE:

Time: 1600  Date: 04/20/15  Miles: ____  Officer: 5774

Addr: _____Same_____  Location: ____

City: _____ St: ___ Zip: _____

Who Served: _Eldon L. Myers Jr._ Relationship: _____

Comments: _(C/O Him)_____

SERVICE FEES:

Received: $      0.00              Service: $ _____

Mileage : $ _____        Other  : $ _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| BERNARD KENNETH MYERS <br><br> *Plaintiff* <br> v. <br> ELDON LOWELL MYERS JR. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 14-CV-03447 KMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELDON LOWELL MYERS JR.

15 SPRINGWOOD CT.
PHENIX CITY, ALA. 36870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BERNARD KENNETH MYERS
603 E. 17TH ST.
BIG SPRING, TX. 79720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/10/ 2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-03447 KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eldon J. Myers Jr.__
was received by me on *(date)* __04/20/2015__

☒ I personally served the summons on the individual at *(place)* __15 Springwood ct.__
__Phenix City, AL__ on *(date)* __04/20/2015__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __04/20/2015__

__Herbert Parker__
Server's signature

__Herbert Parker__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: