| UNITED STATES DISTRICT COURT Court   County, CO CO | **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO  MAY 18 2015  JEFFREY P. COLWELL CLERK |
|---|---|
| BERNARD KENNETH MYERS<br>v.<br>DEE ANN BEAMAN ET AL | ▲ COURT USE ONLY ᵐˢᵏ ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>BERNARD KENNETH MYERS<br>603 EAST 17TH STREET<br>BIG SPRINGS, TX 79720<br>Phone Number:<br>Atty. Reg. #: | Case Number: 14CV03447 KMT<br>Sheriff Number: 15000985<br><br>Division        Courtroom |

### AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served Summons, Complaint, Exhibits, Notice on the Defendant/Respondent in Larimer on 4/30/2015 at 10:50 AM at the following location: 725 1ST STREET #B BERTHOUD, CO 80513

By handing the documents to a Defendant/Respondent identified to me as: DORWIN DWAYNE HUMMEL.

I have charged the following fees for my services in this matter:
Sheriff:   Justin E. Smith        County:   Larimer

Fee: Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($35.00) Mileage - Civil ($26.40) Service Fee ($35.00) Mileage - Civil ($28.60) Service Fee ($20.00) Mileage - Civil ($28.60) Service Fee

Signature of Process Server
Karen Mianecki
Name (Print or type)

Subscribed and affirmed, or sworn to before me in the County of Larimer State of Colorado
1 day of May, 2015

My Commission Expires: 5/7/16

Notary Public

JDF 98    R9/10    AFFIDAVIT OF SERVICE