IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03447–KMT

BERNARD KENNETH MYERS,

    Plaintiff,

v.

ELDON LOWELL MYERS, JR., executor and personal representative of Eldon Lowell Myers, Sr.,
DORWIN DWAYNE HUMMEL, executor and personal representative of Sally A. Myers,
ALICE JANE GARLAND, in her individual and official capacities,
ELIZABETH MARKHAM, in her individual and official capacities,
DEE ANN BEAMAN, in her individual and official capacities,
DANA D. WOODHAMS, in her individual and official capacities,
STEVEN FRANCIS, attorney at law,
RYAN CLEMENT, attorney at law,
PAUL GORDON, attorney at law, and
STEVEN MCWHIRTER, attorney at law,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    Defendants Paul Gordon and Steve McWhirter's "Motion for Extension of Time to File Answer or Other Responsive Pleading to Complaint" (Doc. No. 24, filed May 10, 2015) is GRANTED in part.

    In light of the Order to Show Cause filed on May 15, 2015 (Doc. No. 32), which, *inter alia,* directs Plaintiff to show cause why this case is not legally frivolous as barred by the doctrines of claim and issue preclusion, it is ORDERED that the deadline to answer or otherwise respond to Plaintiff's Complaint for **all defendants who have not yet done so** is extended until further order of the court. The deadline for Defendants to answer or otherwise respond will be reset, if necessary, after resolution of the issues raised in the Order to Show Cause.

Dated: May 19, 2015