```
                                    FILED
                           UNITED STATES DISTRICT COURT
                               DENVER, COLORADO
```

Civil Action No. 14-CV-03447 MSK-KMT     MAY 21 2015     May 19, 2015

Bernard Myers.                           JEFFREY P. COLWELL
                                                 CLERK

I received your letter dated 5-15-15 indicating myself as a witness to a Will by Bessie Myers. This is my signature. I fail to see the correlation of your claim of the forgery of Eldon Myers signature as me being privy to it's content and/or a witness. Your original documents received by me on April 24, 2015 did not include these documents (Exhibit 24) you sent to me dated 5-15-15. If they had been there for my viewing I would have included them in my first response dated April 27, 2015.

You make no mention in the first documents of my witness of Bessie Myers Will. The Will for Eldon Myers was signed and notarized on Jan. 15, 2002. The Will witnessed by me for Bessie Myers was signed on Oct. 9, 2003. Twenty months passed between the two signed documents. I maintain I am not aware of any allegations in your action suit dealing with Eldon Myers alleged forgery and my original response was directed solely to the information you supplied. Your not supplying the proper documents (Exhibits) for my reply could be considered libel and defamation of character in your written response dated 5-15-15.

 You indicate Bessie Myers is a forgery also. Since 12 years have passed I can not recall what took place during my witness signature on Bessie Myers Will. If I had any inclination of wrong doing I would have not witnessed the document. The Will does indicate all possessions were left to both Eldon and Sally Myers to share alike. Even if I could recall the event, I would have no reason to believe this to be illegal when both parties are on the will. With no prior knowledge of the events with Eldon Myers alleged forged will, I would have no clue the document I signed had interaction with prior potential illegal transactions.

I pray the court will end this action and I will no longer be placed under undue stress and justice be served.

*Dana Woodhams*

Dana Woodhams
1181 Haffner Court
Loveland Co 80537


Cc: United States District Court, Clerk's Office
Alfred A. Arraj, United States Courthouse, Room A105
90 19th Street
Denver, Co 80294

Civil Action No. 14-CV-03447 MSK-KMT

Bernard Kenneth Myers, Plantiff

vs.

Dana D. Woodhams, et al

Response to defendant Dana D. Woodhams response and request to be taken off the instant action.

Comes now plantiff, Bernard Kenneth Myers to respond to defendant Dana D. Woodhams request to be dropped for the instant action on the grounds that she knows nothing about this and to request of the court that Ms. Woodhams remain as a named defendat for the reason stated below.

Your honor(s), Ms. Woodhams was committing perjury when she claimed to the court that she has no knowledge of this case or the forgeries named therein to which she was a participant of. As the court can clearly see, Ms. Woodhams signed a forged will of my late aunt Bessie's will. See exhibit 24, as a witness on said exhibit. Surely this document will jog her memory to that incident. She, as well as other named defendants, are on the document in question. Ms. Woodhams clearly lied at saying she had no knowledge of this matter when her signature clearly appears on this document unless she is ready to claim that her signature was forged on this document. Plantiff prays that Ms. Woodhams request be denied and that she remain a party to the instant action. Thank you.

        Bernard Kenneth Myers, Plantiff

*Bernard K. Myers*  5-15-15

COPY

April 27, 2015

Bernard Kenneth Myers
603 East 17th Street
Big Spring, TX 79720

Reference: Civil Action No. 14-CV-03447 KMT

Mr. Myers;

In response to the above Civil Action listing me as a defendant and received by me on April 24, 2015:

I retired from the Loveland Police Department in 2004. During my employment there as the Accreditation Manager, I was never under the supervision of Sally Myers. This may be confirmed with the Human Resources Department of the City of Loveland.

I am not aware of any of the allegations in this action.

Please remove my name from this Civil Action.

Sincerely,


Mrs. Dana Woodhams
1181 Haffner Court
Loveland, CO 80537

Cc: United States District Court, Clerk's Office
Alfred A. Arraj, United States Courthouse, Room A105
901 19th Street
Denver, CO 80294