Civil Action No. 14-CV-3447 ~~KMT~~ MSK-KMT

Bernard Kenneth Myers, Plantiff

VS.

Eldon Lowell Myers, et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 08 2015

JEFFREY P. COLWELL
CLERK

Affadavit to show cause.

Comes now Plantiff, Bernard Kenneth Myers, prose, to answer order to show cause.

1. Plantiff's previous cases, Myers v. Hummel 11-cv-400 REB-KlM, 12 cv-2317 REB-KLM, 13-cv-1909 LTB-BNB, 14-cv-446 LTB-BNB and the current 14-cv-3447 MSK-KMT are all at issue with regard to claim and issue preclusion as well as being frivilous. These cases, although the same in nature are not in any way frivilous or done with the intent to cause harm in any way. Instead these cases are an attempt to obtain justice for my late father and I.

2. Defendants motions to dismiss for time barment and issue and claim preclusion should be denied for the simple reason that all of the previous cases were based on the fact that all of the issues and claims raised were all for the same reason. All documents used to obtain my late fathers assets were all forgeries. Forgery has no statute of limitations and should therefor go hand in hand with all claims as the forgeries begat all the claims, violation of civil rights, fraud, breach of fiducary, legal malpractice, etc. res judicata, and susponte should be overturned for this reason. The actions of these public officials, attorneys and other defendants are criminal in nature on many levels. Your honor, what if I was a terrorist and had these same public officials use their capacities to obtain documents for me that would allow me into sensitive areas and do great harm and serious damage against the United States. Wouldn't these same similar actions constitute criminal as well as civil liability? I had 3 previous lawfirms that represented me to no avail, for whatever reasons they with held vital information from me while supposedly being my zealous advocates. No attorneys are that stupid! While issue and claim preclusion is a great and necessary law, it should not apply in this matter.

If these defendants are willing to participate in these crimes, what would they be willing to do for real money or even blackmail? This law should be amended for circumstances like this. It is reckless and dangerous to allow these crimes committed by these defendants to go unpunished. To dismiss this case will send a clear message to all other potential perpetrators that there will be no consiquences should they wish to use home town politicing to achieve their criminal goals while prose litigants like myself have to eat it because we do not understand the complexities of the legal system. What ever happened to the concept of right and wrong? To be dismissed on a technical violation and allow crimes like this to go unpunished because I didn't cross a "t" or dot an "I" is outrageous. Your honor, to the best of my knowledge all of the facts I have represented are 100% true. This is not an attempt to waste valuable court time and resources nor is it an attempt to seek revenge. It is an attempt to receive justice. The court is our only source of protection against crimes like this and the court has the power to make and change existing laws to ensure that all are equal under the law and simply not a haven for criminals who know how to beat the system. These forgeries caused all of these claims and because they did so isn't it logical and morally right that they should go hand in hand? Your honor, I'm at the end of my legal rope. Please make an exception and see this for what it really is, you have the power and the legal and moral authority to override the issue and claim preclusion mandate. An exception must be made to ensure that future perpetrators will have no legal hiding place. I attempted to have another lawyer help me and she told me it was obvious what was done and that many criminal acts were done in the actions of the defendants but they are protected by the current law of issue and claim preclusion and that there is nothing that can be done without the existing law being modified or amended in some way. Your honors are our only hope at receiving justice. The court can make this happen and I pray it will for not only my sake but for everyone else. This can happen to anyone. Even to your honors. Please allow this case to proceed and send a clear message that the law should be changed or amended for circumstances such as this, even to the point of defendants being readmitted after being dismissed. I did my best with what I had. Thank you.

Bernard Kenneth Myers, Plantiff

*[signature: Bernard Kenneth Myers]*

sworn and subscribed to me on this the 5th day of June 2015.

Notary signature *[signature]*

Date of commission experation 01/25/2017

notary seal

