Civil Action No. 14-CV-3447 MLK-KMT

Bernard Kenneth Myers, Plantiff

vs.

Eldon Lowell Myers Jr, et al Defendants

Motion to voluntary withdraw complaint

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 09 2015
JEFFREY P. COLWELL
CLERK

Comes now plantiff to respectfully request of the court to voluntary withdraw the instant action, case number 14-CV-3447 MLK-KMT for the reason stated below.

This is the 5th attempt by the plantiff to try and receive justice in this matter. As plantiff has no legal experience in these matters, even though I have a rock solid case against the named defendants, it has become painfully clear that I am only defeating myself and in turn wasting the courts time. This matter has consumed the plantiff with nothing but grief and heartache for the last 7 years not to mention the financial burden it has caused me to no avail. Plantiff would like to request of the court that this matter be turned over to the U.S. Attorney for prosecution for the crimes of forgery, conspiracy and theft and anything else the court can recommend as there is obviously more then enough probable cause to warrant such an action. I would like to close with my deepest appreciation to the court. Thank you and farewell.

Bernard Kenneth Myers, Plantiff

*/s/ Bernard Kenneth Myers* 7-1-15