IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03447-MSK-KMT

BERNARD KENNETH MYERS,

        Plaintiff,

v.

ELDON LOWELL MYERS, JR., executor and personal representative of Eldon Lowell Myers, Sr.;
DORWIN DWAYNE HUMMEL, executor and personal representative of Sally A. Myers;
ALICE JANE GARLAND, in her individual and official capacities;
ELIZABETH MARKHAM, in her individual and official capacities;
DEE ANN BEAMAN, in her individual and official capacities;
DANA D. WOODHAMS, in her individual and official capacities;
STEVEN FRANCIS, attorney at law;
RYAN CLEMENT, attorney at law;
PAUL GORDON, attorney at law; and
STEVEN MCWHIRTER, attorney at law,

        Defendants.

## JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #50**) filed on October 19, 2015, adopting in part and rejecting in part the recommendation issued by the Magistrate Judge (**Doc. #49**); granting the Motion to Dismiss (**Doc. #46**); and granting Defendants' Motion to Dismiss in part (**Doc. #35**) it is

    ORDERED that:

The Recommendation of Magistrate Judge Tafoya (**Doc. #49**) is **ADOPTED** in part in accordance with (**Doc. #50**). Mr. Myers' claims are DISMISSED with prejudice. Judgment is

entered in favor of defendants on all of Mr. Myers' claims.

Dated this 20th day October, 2015.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover
                                        Deputy Clerk